IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DEBBIE CHAMPAGNE, | § | |
| INDIVIDUALLY AND AS | § | MDL NO. 2543 |
| REPRESENTATIVE OF THE ESTATE | § | 1:14-MD-2543-JMF |
| OF DUSTIN CHAMPAGNE, | § | |
| DECEASED, | § | HON. JESSE M. FURMAN |
| | § | |
| *Plaintiff*, | § | C.A. NO. _____ |
| | § | |
| v. | § | COMPLAINT |
| | § | |
| GENERAL MOTORS, LLC, | § | JURY TRIAL DEMANDED |
| | § | |
| *Defendant*. | | |

_____

**PLAINTIFF'S ORIGINAL COMPLAINT**

COME NOW Plaintiff, Debbie Champagne, Individually and as Representative of the Estate of Dustin Champagne, Deceased (hereinafter the "Named Plaintiff" or "Plaintiff"), through the undersigned counsel, who respectfully show as follows:

**PRELIMINARY STATEMENT**

1.      The Named Plaintiff's cause of action is brought solely against GENERAL MOTORS, LLC ("New GM"). The Named Plaintiff does not assert any causes of action against General Motors Corporation ("Old GM").

2.      Any references to General Motors Corporation, Old GM, or pre-sale order conduct in this Complaint are for background and reference purposes, and to establish the genus of Old-to-New employees' knowledge of the safety defects described herein as well as said employees' wrongful, negligent actions and inactions with respect to the same. Under the June 26, 2009 Amended and Restated Master Sale and Purchase Agreement ("Purchase Agreement"), New GM acquired certain Old GM assets and product liabilities, including product liability for crashes

involving Old GM vehicles causing personal injury, loss of life, or property damage.  New GM also acquired knowledge of Old GM's activities and the defective airbag systems identified herein, via the mind of the employees, officers, managers, as well as via books, and records obtained and/or acquired as a result of the Purchase Agreement and subsequent Sale Order, as further defined by the Orders, Judgments, and/or Decisions of the United States Bankruptcy Court for the Southern District of New York in *Motors Liquidation Company, et al.*, *f/k/a General Motors Corp., et al.*, Case No. 09-50026 (REG).  Thus, the duties of Old GM are part of the foundation for the product liability assumed by New GM.  Further, as identified therein, the Plaintiff has claims for crashes involving an Old GM vehicle ("GM vehicles") that caused personal injury, loss of life, or property damage and New GM is, therefore, liable to the Named Plaintiff.

**PARTIES**

3.    Plaintiff Debbie Champagne, Individually and as Representative of the Estate of Dustin Champagne, Deceased, is, and was at all times relevant hereto, a resident of Belcourt, North Dakota.

4.    Plaintiff asserts claims against Defendant General Motors LLC ("New GM") for personal injuries stemming from an incident which occurred on May 25, 2007, involving Plaintiff's 2006 Chevrolet Cobalt (VIN 1G1AL15F767865054).

5.    The Named Plaintiff's personal injury claim involves a Defective Vehicle, specifically a 2006 Chevrolet Cobalt.  Defendant New GM is a Delaware limited liability company.  On July 10, 2009, New GM acquired substantially all of the assets and assumed product liabilities of Old GM by way of a Section 363 sale under Chapter 11 of the Bankruptcy Code.  New GM assumed product liabilities of Old GM, which filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on June 1, 2009.  Pursuant to the Agreement and other orders of the Bankruptcy Court, Defendant New GM purchased the assets of Old GM and hired many, if

not most, of Old GM's employees including, on information and belief, most of the same senior-level management, officers, and directors. New GM also acquired Old GM's designs, tools, inventory, books, records, and its key contracts, among other essential assets.

6.    Under the Purchase Agreement, New GM assumed liability for crashes after the closing date of the Purchase Agreement involving Old GM vehicles causing personal injury, loss of life, or property damages.

7.    New GM also assumed product liabilities of Old GM, including certain statutory requirements:

> From and after the Closing, Purchaser [New GM] shall comply with the certification, reporting and recall requirements of the National Traffic and Motor Vehicle Safety Act, the Transportation Recall Enhancement, Accountability, and Documentation Act, the Clean Air Act, the California Health and Safety Code and similar Laws, in each case, to the extent applicable in respect of vehicles and vehicle parts manufactured or distributed by Seller [Old GM].

8.    In addition, New GM set forth that:

> From and after the Closing, Purchaser [New GM] shall be responsible for the administration, management and payment of all Liabilities arising under (i) express written warranties of Sellers [Old GM] that are specifically identified as warranties and delivered in connection with the sale of new, certified used or pre-owned vehicles or new or remanufactured motor vehicle parts and equipment (including service parts, accessories, engines and transmissions) manufactured or sold by Sellers or Purchaser prior to or after the Closing and (ii) Lemon Laws.

9.    At all times relevant to the claims in this lawsuit, Old GM and New GM were in the business of developing, manufacturing, and marketing cars throughout the United States generally, and specifically in the Plaintiff's state of citizenship. New GM has a network of authorized retailers that sell its vehicles and parts throughout the United States. New GM maintains its principal place of business at 300 Renaissance Center, Detroit, Michigan.

**JURISDICTION**

10.     This Court has diversity jurisdiction over this case under 28 U.S.C. § 1332(a) because the amount in controversy exceeds $75,000.00 and the Plaintiff and New GM are citizens of different states.

**FACTUAL BACKGROUND**

**General Background**

11.     Plaintiff Dustin Champagne was a passenger in a 2006 Chevrolet Cobalt (1G1AL15F767865054) on May 25, 2007, on BIA No. 2 in Rolette County, North Dakota, when the driver lost control of the vehicle and crashed, striking a culvert, becoming airborne and striking a tree head-on, causing Champagne to be ejected and killed. The passenger airbag did not deploy during this accident. The accident resulted in frontal damage to the vehicle and the passenger airbag failed to deploy. Clearly, there was a defect in the airbags since the passenger airbag failed to deploy.

12.     An automaker should never place profits above safety and should never conceal from consumers or the public any defects that exist in its vehicles. New GM's Vehicle Safety Chief, Jeff Boyer, recently proclaimed that "Nothing is more important than the safety of our customers in the vehicles they drive." *GM Announces New Vehicle Safety Chief*, *available at* http://democrats.energycommerce.house.gov/sites/default/files/documents/Testimony-Barra-GM-Ignition-Switch-Recall-2014-4-1.pdf.

13.     Indeed, the first priority of a car manufacturer should be to ensure that its vehicles are safe and, in particular, have working airbag systems, passenger restraint systems, and other safety features that can prevent or minimize the threat of death or serious bodily harm in a collision. In addition, a car manufacturer must take all reasonable steps to ensure that once a vehicle is running, it operates safely, and its critical safety systems (such as its airbag systems and passenger

restraint systems) work properly until such time as the driver shuts down the vehicle. Moreover, a manufacturer that is aware of a dangerous design defect that causes its airbags or passenger airbag systems not to function properly must promptly disclose and remedy such defects.

14.     To date, Old GM and New GM have designed, manufactured, marketed and/or sold millions of automobiles installed with defective airbag systems and passenger restraint systems in General Motors brand vehicles.

15.     In addition, or in the alternative, Old GM and New GM have sold millions of vehicles suffering from the other, similar, potentially life-threatening major defects. As will be shown at trial, all the knowledge of Old GM with respect to these defects was inherited by or is imputable to New GM within the meaning of the Orders, Judgments, and/or Decisions of the United States Bankruptcy Court for the Southern District of New York in *Motors Liquidation Company, et al., f/k/a General Motors Corp., et al.*, Case No. 09-50026 (REG).

16.     On July 9, 2009, the United States Bankruptcy Court approved the sale of substantially all of Old GM's assets to New GM which retained the vast majority of Old GM's senior and management level executives and engineers who knew that Old GM had manufactured and sold millions of vehicles afflicted with an airbag system and/or passenger restraint system defect. Those employees' knowledge regarding said defect is imputed to New GM, whenever obtained.

17.     On or around the day of its formation as an entity, New GM also acquired, *inter alia*, the knowledge of the contents of Old GM's "files" and company "documents". To that end, New GM acquired notice of the safety-related defects contained in Old GM's files, including numerous engineering reports, investigative reports, failure analyses, technical service bulletins,

and other documentation concerning the common defects in the airbag systems/passenger restraint systems described herein.

18.     Defendant New GM also had ongoing obligations under the Safety Act to monitor both Old GM and New GM vehicles on the road, to make quarterly reports to NHTSA, and to maintain all relevant records for five years.  Defendant New GM explicitly accepted Safety Act responsibilities for Old GM vehicles in §6.15 of the Sale Agreement through which it acquired substantially all of Old GM's assets.

19.     The Safety Act and related regulations require the quarterly submission to NHTSA of "early warning reporting" data, including incidents involving death or injury, claims relating to property damage received by the manufacturer, warranty claims paid by the manufacturer, consumer complaints, and field reports prepared by the manufacturer's employees or representatives concerning failure, malfunction, lack of durability, or other performance issues. 49 U.S.C. §30166(m)(3); 49 C.F.R. §579.21.  Manufacturers must retain for five years all underlying records on which the early warning reports are based and all records containing information on malfunctions that may be related to motor vehicle safety.  49 C.F.R. §576.5 to §576.6.

20.     The Safety Act further requires immediate action when a manufacturer determines or should determine that a safety defect exists.  *United States v. General Motors Corp.,* 574 F. Supp. 1047, 1050 (D.D.C. 1983).  A safety defect is defined by regulation to include any defect that creates an "unreasonable risk of accidents occurring because of the design, construction, or performance of a motor vehicle" or "unreasonable risk of death or injury in an accident." 49 U.S.C. §30102(a)(8).  Within five days of learning about a safety defect, a manufacturer must notify NHTSA and provide a description of the vehicles potentially containing the defect, including

"make, line, model year, [and] the inclusive dates (month and year) of manufacture," a description

of how these vehicles differ from similar vehicles not included in the recall, and "a summary of all

warranty claims, field or service reports, and other information" that formed the basis of the

determination that the defect was safety related. 49 U.S.C. §30118(c); 49 C.F.R. §573.6(b)-(c).

Then, "within a reasonable time" after deciding that a safety issue exists, the manufacturer must

notify the owners of the defective vehicles. 49 C.F.R. §577.5(a), §577.7(a). Violating these

notification requirements can result in a maximum civil penalty of $15,000,000. 49 U.S.C.

§30165(a)(1).

21.    Defendant New GM used several processes to identify safety issues, including the

Transportation Recall Enhancement, Accountability and Documentation ("TREAD") database and

Problem Resolution Tracking System ("PRTS"). The TREAD database, used to store the data

required for the NHTSA early warning reports, was the principal database used by Old and New

GM to track incidents related to Old and New GM vehicles. The database included information

from (i) customer service requests; (ii) repair orders from dealers; (iii) internal and external

surveys; (iv) field reports from employees who bought Old and New GM vehicles and from

Captured Test Fleet reports; (v) complaints from the OnStar call center; and (vi) a database

maintained by the Old and New GM legal staff to track data concerning complaints filed in court.

A TREAD reporting team would conduct monthly database searches and prepare scatter graphs to

identify spikes in the number of accidents or complaints related to various Old and New GM

vehicles. The PRTS is a database that tracks engineering problems identified in testing,

manufacturing, through warranty data and through customer feedback. The PRTS process

involves five steps: identification of the issue, identification of the root cause, identification of a

solution, implementation of the solution, and feedback.

22.     Because the same employees carried out the TREAD Act obligations at Old GM and Defendant New GM, they not only retained the knowledge they acquired at Old GM – they were in fact required to do so.  This further supports the propriety of imputing the knowledge of Old GM employees to New GM, even where that knowledge stems in part from their performance of the same or similar roles at Old GM.

23.     In setting forth the knowledge and conduct of Old GM in connection with the defects set forth herein, Plaintiff alleges that New GM is liable for the actions of Old GM only with respect to the Products Liability claims for compensatory damages, which are an Assumed Liability.  With respect to Plaintiff's independent claims, Plaintiff does not seek to hold Defendant New GM liable for the actions of Old GM.  Instead, the knowledge and conduct of Old GM is generally important and relevant because it is imputed to Defendant New GM under governing principles of agency law.

24.     Numerous Old GM employees carried knowledge of airbag system and passenger restraint system defects with them into their continued employment at New GM after the July 10, 2009 Bankruptcy Sale.

25.     New GM received customer complaints of airbags failing to deploy in a frontal collision in the make and model of Plaintiff's vehicle, including the following:

- **"PASSENGER AIR BAG SENSOR WORKS INTERMITTENTLY. IGNITION SHUTS CAR OFF WHEN HITTING BUMPS AS WELL AS NOT TURNING OFF COMPLETELY WHEN PARKED. FRONT RIGHT WHEEL BEARINGS CONTINUE TO FAIL, REPLACED 3 TIMES IN 3 YEARS." (08/03/2013)**

- **"THE CONTACT OWNED A 2006 CHEVROLET COBALT. WHILE THE CONTACT WAS DRIVING APPROXIMATELY 40 MPH IN THE RAIN, ANOTHER VEHICLE MADE AN ILLEGAL TURN. AS A RESULT, THE CONTACT CRASHED INTO THE REAR OF THE OTHER VEHICLE. THE AIR BAGS FAILED TO DEPLOY. THE DRIVER SUSTAINED FACE,**

**HEAD, MOUTH, CHEST, BACK, NECK, AND RIGHT SHOULDER INJURIES AS WELL AS BRUISES FROM THE SEAT BELT. MEDICAL ATTENTION WAS REQUIRED. THE FRONT PASSENGER SUSTAINED NECK, BACK, HEAD, AND LEG INJURIES THAT REQUIRED MEDICAL ATTENTION. A POLICE REPORT WAS FILED. THE VEHICLE WAS TOWED TO A TOWING LOT. THE VEHICLE WAS DESTROYED. THE MANUFACTURER AND THE DEALER WERE CONTACTED AND MADE AWARE OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 115,000.....”  (09/01/2017)**

- “SIGNAL SHOWING AIRBAG NEEDS SERVICING GOES ON AND OFF WHILE DRIVING. HEADLIGHTS, LOW BEAM (BOTH OF THEM) JUST STOPPED WORKING. NEW BULBS AND NEW FUSES ARE NOT THE PROBLEM. NOW, I CAN'T EVEN KEEP MY HIGH BEAMS IN "ON" POSITION. ONLY IF I HOLD THE SWITCH. I'VE HAD THIS CAR FOR UNDER 3 MONTHS. DRIVER'S SIDE DOOR LOCK SOMETIMES WORKS, SOMETIMES DOESN'T. I HAVE TO UNLOCK THE DOOR MANUALLY (SOMETIMES). I FIND THAT ODD. MY LARGEST PROBLEM IS OBVIOUSLY HEADLIGHTS. I HAVE 2 CHILDREN AND CAN'T DRIVE AT NIGHT, EVEN IN AN EMERGENCY.” (05/17/2017)

- **“THE ACTIVATING SWITCH FOR THE PASSENGER-SIDE AIR BAG FAILED AROUND 78,000 MILES. THIS SEAT SWITCH ACTIVATES THE PASSENGER AIRBAG SAFETY SYSTEM WHEN AN OCCUPANT SITS DOWN IN THE FRONT PASSENGER SEAT. I WAS TOLD AT THE TIME WE HAD THE IGNITION SWITCH RECALL REPAIR DONE TO THE CAR THAT THE ONLY WAY TO REPLACE THE BROKEN SEAT SWITCH WAS TO REPLACE THE PASSENGER SEAT COVER. TO DO THIS REQUIRES AN INITIAL OUTLAY OF $150.00 DOLLARS FOR THE PART( THE SWITCH IS WOVEN INTO THE SEAT FABRIC)PLUS LABOR TO INSTALL(PRICE UNKNOWN)AT THE DEALERSHIP. WITHOUT REGARD TO AGE,WEIGHT OR GENDER ANY FRONT SEAT PASSENGER MAY BELIEVE THEY ARE PROTECTED UPON READING THE DASHBOARD 'AIRBAG' SIGN WHEN SITTING IN THE CAR. THE PANEL-MOUNTED INDICATOR FOR THAT AIRBAG IS A LIGHTED DISPLAY WHICH, IN DAYLIGHT, IS HARD TO SEE WITHOUT CUPPING YOUR HAND OVER THE ANNUNCIATOR-OR WAIT UNTIL NIGHTFALL , GET SOMEBODY TO SIT IN THE SEAT, AND THEN CHECK OUT THE DASH LIGHT.” (09/01/2014)**

- “THE CONTACT OWNED A 2006 CHEVROLET COBALT. WHILE DRIVING APPROXIMATELY 50 MPH, THE DRIVER LOST CONTROL OF THE VEHICLE AND CRASHED INTO A CEMENT ROAD DIVIDER. DURING THE CRASH, THE FRONT END WAS SEVERELY DAMAGED. THE AIR BAGS DID NOT DEPLOY. THE DRIVER SUSTAINED AN INJURED LEG. IT

WAS UNKNOWN IF MEDICAL ATTENTION WAS RECEIVED. A POLICE REPORT WAS FILED. THE VEHICLE WAS DESTROYED. THE CAUSE OF THE FAILURE WAS NOT DETERMINED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS 90,000." (01/20/2017)

- "AIRBAG WARNING INDICATOR HAS BEEN CONSTANTLY ON." (01/18/2017)

- "JUST BOUGHT 2006 CHEVY COBALT SS I KNOW THERE WAS A RECALL FOR THE POWER STEERING GOING OUT I CALLED THE DEALERSHIP ABOUT THE RECALLS I GAVE THEM THE VIN AND OVER THE PHONE THEY SAID THERE IS STILL 3 RECALLS FOR THE CAR I WENT THERE TODAY AND THEY SAID THERE WAS ONLY ONE THEY FIXED IT BUT IT WASN'T THE POWER STEERING HE SAID IT WAS ALREADY FIXED BUT THERE BEEN TIMES THE POWER STEERING GOES OUT ON ITS OWN AND I'M CURIOUS IF THEY ARE STILL RESPONSIBLE FOR FIXING THAT RECAL. ANOTHER THING WAS THE AIRBAGS WHICH I BELIEVE WAS ANOTHER RECALL FOR THE CAR THE AIRBAG LIGHTS IS ON AND ONCE AGAIN THEY REFUSED TO COVER IT." (01/08/2017)

- "MY VEHICLE HAS BEEN TURNING OFF WHILE I HAVE BEEN DRIVING. THIS ABRUPT "TURNING OFF" STARTED OCCURRING EVEN BEFORE THE IGNITION SWITCH WAS CHANGED BY GM BUT NOW IT IS BECOMING MORE FREQUENT. PRIOR TO THE IGNITION SWITCH BEING CHANGE, EACH TIME THE CAR WOULD TURN OFF THE AIRBAG SENSOR WOULD FLASH REPEATEDLY. AFTER THE IGNITION SWITCH WAS CHANGED I NOTIFIED THE DEALER THAT THE AIRBAG SENSOR REMAINED LIT, AND THEY JUST TOLD ME THAT IT WAS A FAULTY SENSOR AND THAT IT HAD NOTHING TO DO WITH WHAT WAS FIXED ON THE IGNITION. THE DEALER ALSO TOLD ME THAT IF I CHOSE TO HAVE IT FIXED, IT WOULD BE AN OUT OF POCKET EXPENSE. I NEVER TOOK THE CAR BACK TO THE DEALER TO HAVE THAT REPAIR. THIS MONTH I WAS IN A CAR ACCIDENT ON THE INTERSTATE AND THE AIRBAGS DID NOT DEPLOY. ALTHOUGH TH ACCIDENT DID OCCUR BECAUSE OF THE CAR TURNING OFF ON ME, I AM CONCERNED THAT THE AIRBAGS DID NOT DEPLOY THAT DAY AND THAT MY CAR CONTINUES TO TURN OFF ON ME. IT DOESN'T MATTER WHAT SPEED THE VEHICLE IS GOING EITHER, THE VEHICLE TURNS ITSELF OFF. IT'S HAS HAPPENED IN NORMAL TRAFFIC AFTER ATTEMPTING TO CROSS AND INTERSECTION, ON THE HIGHWAY AND EVEN WHILE MAKING A TURN. I REALLY FEEL THIS COULD CAUSE A MAJOR CAR ACCIDENT IF NOT REPAIRED SOON. I HAVE TAKEN MY CAR TO THE SHOP TO HAVE IT DIAGNOSED BUT THEY CANNOT FIND WHAT IS WRONG WITH

THE CAR. ONE MECHANIC SAID IT WAS AN ELECTRICAL PROBLEM. ANOTHER MECHANIC SAID IT COULD BE THE TRANSMISSION. I KEEP GETTING CONFLICTING DIAGNOSES." (09/28/2016)

- **"THE CONTACT OWNS A 2006 CHEVROLET COBALT. THE CONTACT WAS INVOLVED IN A FRONT END COLLISION AND THE AIR BAGS FAILED TO DEPLOY. IN ADDITION, THE SEAT BELT PRETENSIONER FAILED TO RETRACT. THE VEHICLE WAS TOWED TO A TOW YARD. A POLICE REPORT WAS FILED. THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE DRIVER SUSTAINED A SPRAINED SHOULDER, FACIAL ABRASIONS, AND MINOR CUTS. THE PASSENGER SUSTAINED A LACERATION TO THE CHIN. BOTH OCCUPANTS REQUIRED MEDICAL ATTENTION. THE FAILURE MILEAGE WAS APPROXIMATELY 180,000." (06/20/2016)**

- "THE CONTACT OWNS A 2006 CHEVROLET COBALT. WHILE DRIVING 55 MPH, ANOTHER VEHICLE CRASHED INTO THE FRONT OF THE CONTACT'S VEHICLE. THE AIR BAGS FAILED TO DEPLOY. THE DRIVER SUSTAINED BRUISES, CUTS, AND CHEST INJURIES THAT REQUIRED MEDICAL ATTENTION. A POLICE REPORT WAS FILED. THE VEHICLE WAS TOWED FROM THE SCENE, BUT WAS NOT DIAGNOSED OR REPAIRED. THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS 120,000." (01/31/2016)

- "THE CONTACT OWNS A 2006 CHEVROLET COBALT. WHILE DRIVING 30 MPH, THE STEERING WHEEL BECAME DIFFICULT TO MANEUVER WITHOUT WARNING. AS A RESULT, THE CONTACT CRASHED INTO A DITCH AND THE AIR BAGS FAILED TO DEPLOY. A POLICE REPORT WAS NOT FILED. THE CONTACT SUSTAINED FACIAL INJURIES THAT REQUIRED MEDICAL ATTENTION. THE VEHICLE WAS TOWED TO THE CONTACT'S RESIDENCE. THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 138,287." (07/20/2015)

- "THE CONTACT OWNS A 2006 CHEVROLET COBALT. THE CONTACT STATED THAT WHILE DRIVING AT APPROXIMATELY 45 MPH, THE CONTACT CRASHED INTO ANOTHER VEHICLE. THE AIR BAGS FAILED TO DEPLOY. THE CONTACT SUSTAINED WHIPLASH, A SPRAINED SHOULDER, AND LOWER BACK INJURIES THAT REQUIRED MEDICAL ATTENTION. A POLICE REPORT WAS FILED. THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS 67,000." (10/21/2015)

- "THE CONTACT OWNED A 2006 CHEVROLET COBALT. WHILE DRIVING APPROXIMATELY 20 MPH OVER A HILL ON A RAILROAD TRACK, THE CONTACT CRASHED INTO THE REAR OF THE PRECEDING VEHICLE. THE AIR BAGS FAILED TO DEPLOY. A POLICE REPORT WAS FILED. THE CONTACT SUSTAINED INJURIES TO THE FOREHEAD, A BRUISE ON THE HAIRLINE, AND WHIPLASH THAT DID NOT REQUIRE MEDICAL ATTENTION. THE VEHICLE WAS DESTROYED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 103,000." (08/25/2015)

- "THE CONTACT OWNS A 2006 CHEVROLET COBALT. WHILE DRIVING AT 60 MPH, THE AIR BAG LIGHT REMAINED ILLUMINATED. THE VEHICLE WAS TAKEN TO THE DEALER, BUT WAS NOT DIAGNOSED OR REPAIRED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS 7,358" (08/16/2015)

- "I BOUGHT THIS CAR USED LAST MARCH (2014) WITH 56000 MILES ON THE CAR. THE AIRBAG LIGHT CAME ON (WITHIN A MONTH OF PURCHASE) AND HAS STAYED ON. IT TURNS OUT TO BE THE AIRBAG SENSOR MODULE. IT WILL COST $850.00 BEFORE TAXES TO FIX THIS ISSUE. I AM A SINGLE MOM WHO IS WORKING HER WAY THROUGH COLLEGE. I SIMPLY CAN NOT AFFORD TO GET THIS LIGHT FIXED. I HAVE CONTACTED CHEVY SEVERAL TIMES AND HAVE BEGGED THEM FOR FINANCIAL HELP. I EVEN ASKED THEM TO SUPPLY THE PART AND I WOULD PAY FOR LABOR. I FOUND ON THIS WEBSITE A RECALL FOR OVER 2 MILLION COBALT'S TO HAVE THE AIRBAG MODULE REPLACED. CHEVY IS TELLING THAT THIS RECALL IS NOT TO MY CAR BECAUSE THE RECALL IS NOT ATTACHED TO MY VIN NUMBER. I WAS HOPING THAT YOU COULD FURTHER ASSIST ME WITH THE RECALL AND TO SEE IF IT WOULD HAPPEN TO APPLY TO MY CAR. IT LOOKS LIKE THIS IS A COMMON PROBLEM AMONG COBALTS. PLEASE AND THANK YOU FOR YOUR TIME." (04/01/2014)

- **"ASIDE FROM JUST ONE WEBSITE BEING EVIDENT OF REPORTS FOR MY REQUEST I TO HAVE FOUND THAT MY VEHICLE'S AIR BAG LIGHT TURNS ON WHEN THERE IS NO ONE IN THE SEAT (PASSENGER) AS WELL AS TURNS OFF WHEN THERE ARE PERSON'S IN THE SEAT. NOT ONLY THAT, BUT AT RANDOM TIMES ON THE MAIN CONSOLE WHILE DRIVING, IT WILL SAY "SERVICE AIR BAG" WHILE ALSO ILLUMINATING THE RED AIR BAG DISPLAY ON THE DRIVER'S HUD (ASSUMING THAT IS FOR THE DRIVER'S AIR BAG) PLEASE PLEASE LOOK INTO THIS. PREFERABLY THE PASSENGER SIDE, IT WOULD BE NICE TO HAVE THE AIR BAG ON AT ALL TIMES OR TO ALLOW THE DRIVER/PASSENGER TO TURN IT ON OR OFF. I HAVE CALLED SEVERAL MECHANICS AT CHEVY DEALERSHIPS**

**WHO ALL SAY THEY CAN'T JUST TURN IT ON AND TO SERVICE IT THEY WOULD ONLY MAKE THE SEAT SENSOR MORE SENSITIVE, I DON'T BELIEVE THAT WILL SOLVE THIS ISSUE. AS FAR AS I KNOW THE AIR BAG WON'T DEPLOY WHEN THE "SERVICE AIR BAG" SHOWS UP. " (12/01/2013)**

- "STARTING ON SUNDAY I WAS DRIVING DOWN THE HIGHWAY AND MY CAR SUDDENLY SHUT OFF. THE POWER STEERING LIGHT FLASHED AND THEN THE SERVICE AIR BAG LIGHT AS WELL. I PULLED OVER, STOPPED COMPLETELY, AND TURNED MY CAR BACK ON AND TOOK THE BACK ROADS HOME. AFTER TURNING THE CAR BACK ON THE WARNING LIGHTS ON THE DISPLAY WERE GONE. THE NEXT DAY I WAS ON A DIFFERENT HIGHWAY AND THE SAME THING HAPPENED EXCEPT WHEN I TURNED MY CAR BACK ON THE SERVICE AIR BAG LIGHT STAYED ON UNTIL I RETURNED HOME. I HAD THE RECALL ON THE IGNITION SWITCH REPLACED LAST YEAR." (03/08/2015)

- "WHEN THE COMPANY RECALLED THE IGNITION SWITCH, WHICH AFFECTS THE AIRBAG SYSTEM, WE TOOK THE VEHICLE IN FOR SERVICE AND THEY REPLACED THE IGNITION SWITCH BUT DIDN'T FIX THE AIRBAG SYSTEM PROBLEM. IN THE VEHICLE'S DASHBOARD DISPLAY SCREEN THE SERVICE AIRBAG LIGHT IS STILL ON. THE MECHANIC SAID IT WASN'T RELATED. HE WROTE ON THE SERVICE INVOICE FOR THE IGNITION SWITCH RECALL, "AIR BAG WARNING RELATED TO NO COMMUNICATION FROM AIRBAG MODULE"" (07/19/2014)

- "THE CONTACT OWNS A 2006 CHEVROLET COBALT. THE CONTACT STATED THAT THERE WAS AN ABNORMAL NOISE COMING FROM THE VEHICLE. THE CONTACT ALSO STATED THAT THE AIR BAG WARNING LIGHT ILLUMINATED. THE CONTACT STATED THAT THE VEHICLE WAS REPAIRED UNDER NHTSA CAMPAIGN NUMBER: 14V171000 (ELECTRICAL SYSTEM) BUT THE FAILURE PERSISTED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS 100,098." (04/14/2014)

- "I HAVE OWNED MY 2006 CHEVY COBALT SINCE 2008. STARTING IN 2009 ALL THE WAY UNTIL NOW 2014 I HAVE HAD ISSUES WITH THE CAR THAT ARE RELATED TO THE IGNITION SWITCH RECALL. I TOOK MY CAR IN TO THE CHEVY DEALER TO TAKE CARE OF THE IGNITION SWITCH RECALL ON NOVEMBER 5, 2014. I GOT MY CAR BACK THE SAME DAY, THEY REPLACED THE IGNITION SWITCH AND GAVE ME TWO NEW KEYS. SURPRISE! TWO DAYS LATER ON NOVEMBER 7, 2014 MY CAR AGAIN HAD THE EXACT SAME PROBLEMS RELATED TO THE IGNITION SWITCH RECALL THAT IT DID BEFORE I TOOK IT IN FOR THE

RECALL FIX. HENCE, CHEVY'S "RECALL IGNITION SWITCH FIX" DOES NOT SOLVE THE PROBLEM WITH THESE CARS! MY CAR STILL DOES THE FOLLOWING THINGS EVEN AFTER THE IGNITION SWITCH FIX THAT IS SUPPOSED TO SOLVE THESE PROBLEMS. WHENEVER IT PLEASES IT WILL LOSE ELECTRICAL POWER AND TURN OFF THE ENGINE, LEAVING ME STUCK IN THE MIDDLE OF A BUSY HIGHWAY, THIS HAS HAPPENED ON NUMEROUS OCCASIONS!! AS IF THAT ISN'T BAD ENOUGH THERE'S MORE! THE POWER STEERING LIGHT FLASHES, THE CHECK ENGINE LIGHT COMES ON, THE SERVICE AIRBAG LIGHT COMES ON, THE GAUGES ON THE DASH COMPLETELY STOP WORKING PROPERLY THE SPEEDOMETER NEEDLE GOES HAYWIRE MOVING FROM 0 MPH TO 60 MPH BACK AND FORTH NON-STOP WHEN I'M NOT EVEN ACCELERATING TO THOSE SPEEDS. THE RPM GAUGE DOES THE EXACT SAME THING. THE CAR JOLTS FORWARD UNCONTROLLABLY,LIKE IT IS HAVING A PROBLEM SHIFTING ESPECIALLY WHEN THE RPM IS BETWEEN 2000 AND 3000. WHEN YOU GO TO BRAKE YOU HAVE TO SLAM THE BRAKES ALL THE WAY DOWN BECAUSE YOU LOSE YOUR NORMAL BRAKING POWER THE CAR SKIDS AS YOU'RE BRAKING AND CONTINUES TO JOLT FORWARD UNCONTROLLABLY. OH AND ON TOP OF ALL OF THIS SOMETIMES THE POWER STEERING COMPLETELY GOES OUT LEAVING YOU WITH ALL OF THE PROBLEMS MENTIONED ABOVE AND YOU CAN'T STEER PROPERLY! SOMETHING NEEDS TO BE DONE IMMEDIATELY! THE IGNITION SWITCH RECALL FIX DOES NOT WORK! THESE CARS SHOULD NOT BE ON THE ROAD PERIOD." (11/02/2009)

- "I WAS DRIVING THE CAR AT ABOUT 32 MPH WHEN THE ENGINE SHUT DOWN. I TRAVELED ACROSS FOUR LANES HITTING THE CURB HEAD ON THEN HITTING A CONCRETE FLOWER BED( APPROXIMATE HIT 12-14 INCHES), TRAVELING OVER THIS AGAIN HITTING A CURB IN A PARKING LOT AND THEN THE CAR CAME TO A REST. THE AIRBAGS DID NOT DEPLOY AND THE CAR WAS NOT RUNNING. THIS IS NOT THE FIRST TIME THE CAR HAS STOPPED RUNNING LIKE THIS. WHEN I FIRST PURCHASED IT IN FEBRUARY 0F 2006 WITHIN THE FIRST WEEK THE IGNITION WOULD NOT TURN OVER REQUIRING A TRIP TO THE DEALERSHIP. THE IGNITION HAS BEEN REPLACED AT LEAST 5 TIMES. ABOUT THREE MONTHS INTO OWING IT I WAS DRIVING DOWN THE ROAD AND THE ENGINE WAS TRYING TO RESTART IT SELF. IT THEN STOPPED AND I ENDED UP IN A DITCH. AGAIN THE AIRBAGS DID NOT DEPLOY. FINALLY, IN 2012 A SCHOOL BUS BACKED INTO THE FRONT OF THE CAR WITH IT RUNNING AND THE AIRBAGS DID NOT DEPLOY. THE IGNITON WAS REPLACED ON 6/04/2014 UNDER THE MANDATORY RECALL. WITHIN 3 DAYS THE IGNITION ONCE AGAIN WOULD NOT TURN ON AND THEN WHEN IT DID THE ENGINE DRAGGED AS IF THE BATTERY WAS BAD. THE BATTERY IS ONE YEAR OLD. I HAVE HAD THIS PROBLEM NON-STOP SINCE THE REPLACEMENT PART. I CALLED

GRAFF CHEVROLET IN MT. PLEASANT AND I GOT THE STANDARD RESPONSE, "WE CAN"T DUPLICATE IT". WHEN I INSISTED THE CAR NEEDED TO BE LOOKED AT I WAS TOLD, WE HAVE THE RIGHT TO REFUSE SERVICE AND WE CAN NO LONGER SERVICE YOUR CAR". I'VE CALLED OTHER DEALERSHIPS ONLY TO BE TOLD THE CAR NEEDS TO GO BACK TO WHERE THE RECALL PART WAS REPLACED." (11/29/2013)

- "MY VEHICLE AIRBAG WARNING LIGHT HAS BEEN ON FOR YEARS. GM HAS REFUSED TO COVER THE COST TO REPAIR IT, STATING IT WAS MY RESPONSIBILITY, EVEN THO THE AIRBAG HAS NEVER DEPLOYED. THE WARNING LIGHT BEING ON INDICATES THAT IF I NEED THE AIRBAG IT WILL NOT DEPLOY. THEY ISSUED A RECALL AND MY CAR WASN'T INCLUDED IN IT."  (10/17/2010)

- "THE CONTACT OWNS A 2006 CHEVROLET COBALT. THE CONTACT STATED THAT THE AIR BAG INDICATOR ILLUMINATED AFTER THE VEHICLE WAS REPAIRED ACCORDING TO NHTSA CAMPAIGN NUMBER: 14V171000 (ELECTRICAL SYSTEM). THE DEALER STATED THAT THE AIR BAG MODULE NEEDED TO BE REPLACED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE. THE VEHICLE WAS NOT REPAIRED. THE VIN WAS NOT AVAILABLE. THE FAILURE MILEAGE WAS 48,000." (07/16/2014)

- "THE CONTACT OWNS A 2006 CHEVROLET COBALT. THE CONTACT STATED THAT THE DRIVER CRASHED INTO A DEER AND THE AIR BAGS FAILED TO DEPLOY. THE CONTACT STATED THAT AFTER THE CRASH, THE AIR BAGS IN PROCESSING LIGHT ILLUMINATED. THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS 118,000." (07/19/2014)

- **"THE CONTACT OWNS A 2006 CHEVROLET COBALT. THE CONTACT STATED THAT THE POWER STEERING WARNING LIGHT ILLUMINATED AS THE STEERING WHEEL SEIZED. THE CONTACT ALSO MENTIONED THAT THE PASSENGER SIDE AIR BAG LIGHT ILLUMINATED AND THERE WAS AN ABNORMAL NOISE COMING FROM UNDER THE INSTRUMENT PANEL. THE VEHICLE WAS TOWED TO A PRIVATE MECHANIC WHERE IT WAS INFORMED THAT THE VEHICLE DID NOT HAVE THE ORIGINAL WIRING INSTALLED. THE VEHICLE WAS REPAIRED UNDER NHTSA CAMPAIGN ID NUMBER: 14V047000 (AIR BAGS, ELECTRICAL SYSTEM) BUT THE FAILURE RECURRED. THE FAILURE AND CURRENT MILEAGE WAS UNKNOWN." (07/10/2014)**

- **"MY DAUGHTER WAS INVOLVED IN A VEHICLE ACCIDENT IN THE 2006 CHEVY COBALT THAT WE PURCHASED. THE ACCIDENT WAS**

**SEVERE ENOUGH TO RENDER THE VEHICLE TOTALED. SHE WAS PULLING OUT INTO A LANE OF TRAFFIC AND A CAR HIT HER CAR IN THE FRONT DRIVER SIDE CORNER DOING ABOUT 50MPH, SINCE SHE WAS JUST PULLING OUT HER SPEED WASN'T MORE THEN 15-20MPH. THE AIRBAGS NEVER DEPLOYED EVEN THOUGH THE COLLISION WAS ON THE FRONT CORNER AND WAS STRONG ENOUGH TO SHIFT THE ENGINE BLOCK AND BREAK THE MOTOR MOUNT. WE RECENTLY RECEIVED THE RECALL INFORMATION PERTAINING TO THE ENGINE SWITCH AND HAVING BULKY KEY CHAINS AND HOW JARRING COULD CAUSE THE CAR TO SHUT OFF AND NOT DEPLOY THE AIRBAGS. NEITHER OF THE AIRBAGS, THE DRIVERS OR THE PASSENGERS, DEPLOYED AND THE CAR SHUT OFF." (01/29/2014)**

- "AFTER RECALL SWITCH REPLACEMENT, AIRBAGS LIGHT WARNING SYSTEM IS COMING ON IN MY 2006 CHEVY COBALT. SPOKE TO GM LOCAL DEALER CUSTOMER SERVICE REPRESENTATIVE AND HE SAID IT HAD NOTHING TO DO WITH THE RECALL. THEN WHAT WAS THE POINT IN REPLACING SWITCH? MY AIRBAGS ARE STILL NOT WORKING WHILE I DRIVE MY CAR. MY CAR IS STILL NOT SAFE TO DRIVE BUT THEY GAVE IT BACK TO ME ANYWAYS WITHOUT FIXING THE AIRBAG PROBLEM. NOW THEY WANT ME TO PAY TO FIX MY AIRBAGS PROBLEM. PLEASE HELP." (04/28/2014)

- "THE CONTACT OWNS A 2006 CHEVROLET COBALT. THE CONTACT STATED THAT WHILE TRAVELING VARIOUS SPEEDS, THE VEHICLE FAILED TO RESPOND TO DECELERATION ATTEMPTS AND THE CONTACT CRASHED INTO THE PRECEDING VEHICLE. UPON IMPACT, THE AIR BAGS FAILED TO DEPLOY. THE DRIVER WAS THROWN FORWARD AND HIT THEIR FACE ON THE DASHBOARD AND SUSTAINED INJURIES TO THE FACE AND BACK. THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. THE MANUFACTURER WAS CONTACTED ABOUT THE FAILURE. THE FAILURE AND CURRENT MILEAGE WAS 90,000." (12/03/2013)

- "THE CONTACT OWNS A 2006 CHEVROLET COBALT. THE CONTACT STATED THAT THE AIR BAG LIGHT WOULD INTERMITTENTLY ILLUMINATE. THE VEHICLE WAS NOT TAKEN TO THE DEALER. THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 80,000." (04/22/2014)

- "THE CONTACT OWNS A 2006 CHEVROLET COBALT. THE CONTACT STATED THAT WHILE DRIVING APPROXIMATELY 60 MPH, THE DRIVER LOST CONTROL OF THE VEHICLE AND CRASHED INTO A TREE EMBANKMENT. THE AIR BAGS FAILED TO DEPLOY. THE DRIVER WAS

SUSTAINED FATAL INJURIES AND WAS PRONOUNCED DEAD ON
ARRIVAL. A POLICE REPORT WAS FILED OF THE INCIDENT. THE
VEHICLE WAS DESTROYED. THE CONTACT REFERENCED NHTSA
CAMPAIGN ID NUMBER 14V047000 (AIR BAGS, ELECTRICAL SYSTEM)
BUT DID NOT CONFIRM IF THE VEHICLE WAS INCLUDED IN THE
RECALL CAMPAIGN. THE MANUFACTURER WAS NOT NOTIFIED OF
THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 65,000."
(12/02/2010)

- "THE CONTACT OWNS A 2006 CHEVROLET COBALT. THE CONTACT
STATED THAT WHILE DRIVING AT AN UNKNOWN SPEED, THE
VEHICLE STALLED WITHOUT ANY WARNINGS. THE CONTACT
MENTIONED THAT WHEN THE FAILURE OCCURRED THE DRIVER
ENGAGED THE BRAKES BUT THE VEHICLE FAILED TO STOP AND
CRASHED INTO ANOTHER VEHICLE. THE AIR BAGS FAILED TO
DEPLOY. A POLICE REPORT WAS FILED AND NO INJURIES WERE
REPORTED. THE VEHICLE WAS TAKEN TO A DEALER WHERE THE
TECHNICIAN STATED THAT THE HEAD GASKET NEEDED TO BE
REBUILT. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE.
THE VEHICLE WAS NOT REPAIRED. THE FAILURE MILEAGE WAS 10,000
AND THE CURRENT MILEAGE WAS 69,000." (12/11/2007)

- "THE POWER STEERING WENT OUT. AIRBAG LIGHT AND POWER
STEERING LIGHT CAME ON." (03/30/2014)

- "AFTER SEVERAL CONTACTS AND ATTEMPTS TO SEEK ASSISTANCE
FROM LOCAL DEALERSHIP & GM WITH THE IGNITION AND GEAR
SHIFT PROBLEMS, BOTH CONCLUDED THAT VEHICLE VIN NUMBER
WAS NOT PART OF ANY CURRENT RECALL. OWNER (55 YEAR OLD)
REPEATED CONTACT DUE TO CONCERNS OF MECHANICAL
SYMPTOMS IDENTICAL WITH EXISTING COBALT RECALLS. FAMILY
WAS INVOLVED IN A SINGLE VEHICLE ACCIDENT AT 10:00 AM ON
3/2/2013. GEAR SHIFT AND STEERING SIMULTANEOUSLY LOCKED
WHILE NAVIGATING A CORNER ON LOCAL HIGHWAY. VEHICLE
CROSSED CENTERLINE, LAUNCHING OVER A SNOW BANK AND
CONTINUING AIR-BORN FOR 30 TO 40 YARDS. ONLY 1 OF THE 2 AIR
BAGS FULLY DEPLOYED. TOTAL LOSS OF VEHICLE AND SEVERAL
ONGOING INJURIES WITH THREE OCCUPANTS OF VEHICLE. (29 YEAR
OLD, 55 YEAR OLD, AND 79 YEAR OLD) NEITHER THE LOCAL
DEALERSHIP OR GM EVER ACKNOWLEDGED VEHICLE DEFECTS. THE
LOCAL DEALERSHIP HAD REMOVED THE DASH COVER, CONSOLE
COVER, AND STEERING COLUMN COVER AND MAKE SOME TYPE OF
ADJUSTMENTS PRIOR TO ACCIDENT. LAW ENFORCEMENT WAS ON
SCENE AND NO CITATIONS WERE ISSUED. DAMAGE EXCEEDED THE
VALUE OF THE VEHICLE." (03/02/2013)

- "ON 9/13/2012 MY NIECE WAS DRIVING HER 2006 CHEVY COBALT. IT WAS A CLEAR NIGHT WITH LIGHT TRAFFIC. ALL OF A SUDDEN HER CAR VEERED TO THE RIGHT AND CRASHED INTO A TREE. SHE DIED OF BLUNT FORCE TRAUMA TO THE HEAD. THERE WERE NO BRAKE MARKS AND THE AIR BAGS DID NOT DEPLOY WHICH YOU WOULD HAVE EXPECTED WITH SUCH A VIOLENT COLLISION." (09/13/2012)

- "IT WAS A SINGLE CAR CRASH WHICH HAPPENED AT NIGHT DURING A RAIN SHOWER. THEIR WERE NO WITNESSES, BUT THE CAR CROSSED THE OPPOSITE LANE OF TRAFFIC AND RAN INTO THE BACK END OF A LOWBOY TRAILER ( A TRAILER USED TO TRANSPORT HEAVY EQUIPMENT ) THE TWO 19 YEAR OLD GIRLS IN THE CAR WERE KILLED. NOTHING ABOUT THIS ACCIDENT MADE SENSE UNTIL I HEARD ABOUT THE IGNITION ISSUE WITH THE COBALT. THEIR ARE MANY REASONS THAT THE IGNITION COULD BE THE ROOT OF THIS ACCIDENT, AND IF IT CAN BE DETERMINED THAT THIS IS IN FACT TRUE I WOULD LIKE TO BE PART OF THE PROCESS THAT SEES THAT THOSE RESPONSIBLE FOR THE DECISION TO PUT PROFIT OVER SAFETY ARE PUNISHED." (11/15/2011)

- LETTER FROM CONSTITUENTS REGARDING PROBLEMS THEIR SON EXPERIENCED WITH HIS 2006 CHEVY COBALT; CONSIDERS IT TO BE A LEMON, SEEKING REIMBURSEMENT (FULL DOCUMENT NOT IMAGED). THE CONSUMER STATED HIS SON WAS MAKING A RIGHT TURN, WHEN THE VEHICLE SUDDENLY STALLED, LEAVING HIM WITHOUT STEERING CAPABILITIES. THE VEHICLE DARTED TO THE LEFT, ACROSS THE OPPOSITE LANE OF TRAFFIC, WHERE HE CRASHED INTO A CURB. THE LEFT CONTROL ARM COLLAPSED, HE HIT HIS HEAD ON THE DOOR POST AND THE AIR BAG DID NOT DEPLOY. THE VEHICLE WAS TOWED, THE CONSUMERS RESIDENCE. ON A SEPARATE OCCASION, THE VEHICLE STALLED AGAIN ON THE FREEWAY, AND AGAIN STEERING CAPABILITIES WERE LOST. THERE WAS NO ACCIDENT, BUT THE VEHICLE WOULD NOT RE-START, AND IT HAD TO BE TOWED TO THE DEALER. THEIR TESTING COULD NOT LOCATE THE PROBLEM. THE SAME PROBLEM HAPPENED 6 MORE TIMES, RESULTING IN A TOW TO THE DEALERSHIP. EACH TIME, THE PROBLEM WAS BLAMED ON THE POWER CONTROL MODULE. THE THIRD INCIDENT HAPPENED WHILE HIS SON WAS DRIVING ON A CURVY MOUNTAIN, THE VEHICLE LOST POWER AND THERE WAS NO STEERING ABILITY. HIS SON WAS TRAVELING AT A LOW SPEED AND HE STEERED THE VEHICLE INTO A DITCH DAMAGING THE RADIATOR, THE ENGINE PAN AND THE FRONT BUMPER COVER. THE LAST ACCIDENT TOTALED THE VEHICLE, WHEN THE VEHICLE STALLED IN

TRAFFIC, THE ANTI- LOCK BRAKES FAILED AND THE AIR BAGS DID
NOT DEPLOY. (01/01/2007)

- "THE CONTACT OWNS A 2006 CHEVROLET COBALT. THE CHECK
  ENGINE LIGHT ILLUMINATED AT RANDOM UPON STARTING ON
  MULTIPLE OCCASIONS. THERE WAS A LOUD NOISE UPON STARTING
  THE VEHICLE ON MULTIPLE OCCASIONS. THE AIR BAG LIGHT SENSOR
  ILLUMINATED MULTIPLE TIMES INTERMITTENTLY. THE FAILURE
  WAS NOT DIAGNOSED BY AN AUTHORIZED DEALER. THE CONTACT
  RECEIVED NOTIFICATION OF NHTSA CAMPAIGN ID NUMBER
  14V047000 (AIR BAGS AND ELECTRICAL SYSTEM) AND THE PART WAS
  UNAVAILABLE.   THE   AUTHORIZED   DEALER   PROVIDED   AN
  ESTIMATED TIME FRAME FOR WHEN THE PART WOULD BE
  AVAILABLE. THE VEHICLE WAS NOT REPAIRED AND THE FAILURE
  CONTINUED TO RECUR. THE APPROXIMATE FAILURE MILEAGE WAS
  UNKNOWN." (09/02/2013)

- "THE CONTACT OWNS A 2006 CHEVROLET COBALT. THE CONTACT
  STATED WHILE DRIVING APPROXIMATELY 45 MPH, HE SWERVED TO
  AVOID AN ANIMAL IN THE ROAD. THE VEHICLE ROLLED OVER AND
  LANDED INTO A DITCH. THE AIR BAGS FAILED TO DEPLOY WITH THE
  SUBSTANTIAL IMPACT. THE CONTACT SUFFERED INJURIES TO THE
  BACK, CHEST, AND MULTIPLE BODY BRUISES. A POLICE REPORT WAS
  FILED. THE VEHICLE SUSTAINED MASSIVE DAMAGE. THE VEHICLE
  WAS TOWED TO AN INDEPENDENT MECHANIC WHERE IT WAS BEING
  INSPECTED. THE CONTACT EXPERIENCED THE RELATED FAILURE AS
  MENTIONED IN THE RECALL ASSOCIATED WITH NHTSA CAMPAIGN ID
  14V047000 (AIR BAGS , ELECTRICAL SYSTEM). THE MANUFACTURER
  WAS NOT NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE
  MILEAGE WAS 199,000." (03/24/2014)

- "ON 7/05/12 MY DAUGHTER WAS IN A 2006 CHEVY COBALT THAT WAS
  INVOLVED IN A MAJOR ACCIDENT. SHE STATED SHE LOST CONTROL
  OF THE VEHICLE BECAUSE THE STEERING WOULD NOT ALLOW HER
  TO STEER & REGAIN CONTROL OF THE VEHICLE. AS A RESULT OF THIS
  THE CAR LEFT THE ROAD AND FLIPPED SEVERAL TIMES AND LANDED
  APPROXIMATELY 25FT INTO A WOODED AREA. NO AIR BAGS
  DEPLOYED. INJURIES SUSTAINED: LOSS OF CONSCIOUSNESS,
  CONCUSSION AND SEVERAL LACERATIONS." (07/05/2012)

- "I WAS DRIVING ON THE HIGHWAY, AND MY COBALT SUDDENLY
  LOST POWER STEERING. I RECEIVED FLASHING WARNING MESSAGES
  FOR POWER STEERING AND ANOTHER ONE SAYING "SERVICE AIR
  BAG." I AM WORRIED THAT IF I AM IN AN ACCIDENT, THE AIR BAGS

WILL NOT DEPLOY. THESE TWO THINGS HAPPENED SIMULTANEOUSLY." (03/23/2014)

- **"WITH THE RECENT TALK OF THE GM RECALL LAWSUIT, I WANTED TO POST A COMPLAINT. IN FEB OF 2008 I WAS DRIVING ON AN INTERSTATE WITH A SPEED LIMIT OF 55MPH, I CANNOT RECALL HOW FAST I WAS GOING, BUT IN THAT GENERAL VICINITY IF NOT A LITTLE MORE. I LOST CONTROL OF MY VEHICLE AND COLLIDED HEAD ON WITH THE CENTER CEMENT BARRIER. I HIT, SPUN AROUND, AND MOST LIKELY HIT THE WALL AGAIN ON THE PASSENGER SIDE OF THE CAR. NO AIRBAGS WERE DEPLOYED DURING THE ACCIDENT AND BOTH MYSELF AND MY PASSENGER HAD TO BE TREATED FOR INJURIES SUSTAINED IN THE ACCIDENT. MY INJURIES WERE VERY CONSISTENT WITH THE AIRBAGS NOT DEPLOYING AS I HIT MY FACE AND NOSE ON THE STEERING WHEEL, AND MY KNEES UNDERNEATH THE WHEEL. I HAD BLACK EYES FOR WEEKS AND THEY THOUGHT I MAY HAVE POSSIBLY HAIRLINE FRACTURED MY NOSE. I HAD ON MY SAFETY BELT. MY PASSENGER DID NOT HAVE HER SAFETY BELT ON, AND SUSTAINED INJURIES TO HER HEAD AND LIMBS. FORTUNATELY THERE WERE NO FATALITIES, BUT IT WAS VERY SCARY KNOWING I HIT SOMETHING AT THAT SPEED HEAD ON, AND ONCE AGAIN ON THE SIDE WITH NO AIRBAGS DEPLOYING." (02/10/2008)**

- "ON DECEMBER 31, 2009, MY 25 YEAR OLD DAUGHTER WAS DRIVING ALONG AN INTERSTATE IN HER CHEVY COBALT. SHE CRASHED INTO A TREE ALONG THE SIDE OF THE INTERSTATE. HER AIRBAGS DID NOT DEPLOY, AND HER SEATBELT DID NOT LOCK. SHE DIED ON IMPACT, ACCORDING TO THE POLICE ON REVIEWING THE SCENE OF THE ACCIDENT, MY SON OBSERVED THAT THE TRACKS LEFT BY THE CAR BEFORE IT CRASHED WERE IN A STRAIGHT LINE, SUGGESTING THAT THE BRAKES EITHER HAD NOT BEEN APPLIED OR HAD NOT WORKED. ON DOING RESEARCH, HE FOUND INFORMATION ONLINE SUGGESTING THAT THERE HAD BEEN OTHER, SIMILAR CRASHES IN COBALTS AND THAT THE IGNITION SWITCH WAS THOUGHT TO BE DEFECTIVE. WE HAVE ALREADY ADDRESSED THIS WITH GM AND COMPLETED OUR ACTION, AND, AT THE TIME, I FILED A CONSUMER COMPLAINT TO DOCUMENT THE ISSUE. I JUST READ THAT THIS AGENCY WILL BE INVESTIGATING THE ISSUE, AND I WANTED TO MAKE SURE YOU WERE AWARE OF MY DAUGHTER'S DEATH IN A COBALT IN WHICH THE AIR BAGS DID NOT DEPLOY, THE SEATBELT DID NOT LOCK, AND THAT WE STRONGLY SUSPECT, THOUGH GM NEVER CONFIRMED THIS, HAD A DEFECTIVE IGNITION SWITCH." (12/31/2009)

- "ON 12/18/13 I BEGAN TO NOTICE A "HUMMING" NOISE COMING FROM THE CAR. THE HUMMING NOISE GOT INCREASINGLY WORSE OVER THE NEXT FEW DAYS. AT THE SAME TIME I NOTICED THE "SERVICE AIRBAG" SIGN CAME ON AND THE RADIO BEGAN FLASH AND ATTEMPTED TO EJECT A CD WITHOUT ME MANUALLY PUSHING THE BUTTON OR CD BEING INSIDE IT. THE "HUMMING" NOISE PROGRESSIVELY GOT WORSE AND THE STEERING WHEEL BEGAN TO STIFFEN UP. AFTER 2 WEEKS OF THE PROBLEM BECOMING INCREASINGLY WORSE, I DECIDED TO HAVE MY MECHANIC DO A COMPLETE DIAGNOSTIC TEST. HE BELIEVED THAT THE DIAGNOSIS IS THE ELECTRICAL POWER STEERING AND STATED THAT AFTER MUCH RESEARCH THE COST WOULD BE $900+ BECAUSE THE REPAIRS WOULD HAVE TO BE BY A CERTIFIED GM AND PARTS WOULD HAVE TO BE SPECIALLY ORDERED DUE TO THE NATURE OF THE WAY THE CAR WAS MANUFACTURED. HE ALSO STATED THAT APPARENTLY THIS PROBLEM IS AN ONGOING ISSUE WITH THIS PARTICULAR MAKE/MODEL CAR AND REGRETFULLY WAS UNABLE TO REPAIR IT. I AM A SINGLE MOM AND VALUE ME AND MY CHILD'S SAFETY BUT AT THIS TIME THE NO REPAIRS HAVE BEEN MADE DUE TO THE OBSCENE AMOUNT OF MONEY IN QUESTION TO REPAIR IT AND ONGOING FINANCIAL HARDSHIPS. I AM FILING THIS COMPLAINT BECAUSE I FEEL THIS PROBLEM CAN LEAD TO A MORE SERIOUS ISSUE AND MAY BE A PART OF A BIGGER ISSUE." (12/18/2013)

- "THE CONTACT OWNS A 2006 CHEVROLET COBALT. THE CONTACT STATED THAT WHILE DRIVING 65 MPH, WITH THE CRUISE CONTROL ACTIVATED, THE BRAKES SEIZED WHEN DEPRESSED AND DID NOT DEACTIVATE THE CRUISE CONTROL FUNCTION. THE CONTACT CRASHED INTO A MEDIAN STRIP AND UPON IMPACT, THE AIR BAGS FAILED TO DEPLOY. THE CONTACT SUSTAINED BRUISING, WHIPLASH, AND SHOULDER AND NECK INJURIES. THE VEHICLE WAS NEITHER REPAIRED NOR DIAGNOSED. A POLICE REPORT WAS NOT FILED. THE MANUFACTURER WAS NOT CONTACTED. THE FAILURE WAS APPROXIMATELY 29,000" (07/21/2013)

- "THE CONTACT OWNS A 2006 CHEVROLET COBALT. THE CONTACT WAS DRIVING 55 MPH AND OVER STEERED TO AVOID STRIKING A DOG. THE CONTACT LOST CONTROL OF THE VEHICLE AND CRASHED INTO A BOULDER. THE VEHICLE THEN FLIPPED SIX TIMES. THE AIR BAGS FAILED TO DEPLOY. THE VEHICLE WAS DESTROYED. THE CONTACT SUSTAINED A FRACTURED NOSE, LACERATIONS TO THE NOSE, A BLACK EYE, WHIP LASH AND SHOULDER INJURIES. A POLICE REPORT WAS NOT FILED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE VEHICLE WAS NOT INSPECTED FOR THE CAUSE OF THE AIR BAG DEPLOYMENT FAILURE. THE FAILURE MILEAGE WAS 134,000." (05/13/2013)

- "THE LIGHT ON THE DASH SWITCHES OVER AND SAYS THAT IT IS ON WHENEVER THE VEHICLE IS RUNNING AND SOMEONE IS SITTING IN IT BUT IT WILL DING AT THEM UNTIL THEY PUT THEIR SEAT BELT ON. WHENEVER THEY PUT THE SEAT BELT ON, THE DRIVER INFORMATION CENTER (DIC) ON MY DASH TELLS ME TO SERVICE AIRBAG AND THE LIGHT THAT TELLS WHEN THE AIRBAG IS ON OR OFF SAYS THAT IT IS OFF." (05/07/2013)

- "HEADED NORTH BOND ON FEDERAL HIGHWAY GOING APPR. 45 WHEN SUDDENLY A CAR RUNS RED LIGHT, SEEMLY TO MAKE A U-TURN. UNFORTUNATELY I WAS UNABLE TO COMPLETELY STOP IN TIME AND THE CARS CRASHED. IT WAS HORRIFYING EXPERIENCE. I SLAMMED MY FACE INTO THE STEERING WHEEL NO AIR BAGS EVER DEPLOYED SHOCKED CONSIDERING MY CAR IS STILL UNDER WARRANTY. THE COMPLETE FRONT OF MY CAR HIT HER FRONT/SIDE PASSENGER SIDE. THE IMPACT WAS MORE THEN HARD ENOUGH FOR THOSE AIR BAGS TO DEPLOY." (02/02/2013)

- "THE COLLISION WITH THIS VEHICLE INTO 2 TREES AT 45-50MPH FAILED TO DEPLOY THE 4 AIRBAGS. I FIRST HIT ONE TREE HEAD ON AFTER SKIDDING ON A ROAD AND LOSING CONTROL. THE SECONDARY COLLISION HAPPENED WITH THE 2ND TREE. MY HEAD HIT THE DRIVER'S SIDE PILLAR AND I SUFFERED WHIPLASH." (10/24/2011)

- "WHEN IT IS HOT/HUMID MY 2006 CHEVY COBALT'S SERVICE AIRBAG WOULD ILLUMINATE INTERMITTENTLY. AFTER A REPLACEMENT OF THE FRONT BRAKES IT NOW IS ON CONSISTENTLY. I WILL HAVE TO TAKE THE CAR INTO A SERVICE DEPARTMENT TO HAVE IT LOOKED AT NOW." (08/20/2011)

- "THE CONTACT OWNS A 2006 CHEVROLET COBALT. THE CONTACT STATED THAT THE AIR BAG LIGHT ILLUMINATED ON THE INSTRUMENTAL PANEL ON AN INTERMITTENT BASIS FOR A MONTH. THE VEHICLE WAS INSPECTED BY AN INDEPENDENT MECHANIC WHO INFORMED THE CONTACT THAT THE WIRING HARNESS HAD FAILED AND NEEDED TO BE REPLACED. THE VEHICLE HAD NOT BEEN REPAIRED. THE FAILURE MILEAGE WAS APPROXIMATELY 58,000" (01/14/2011)

- **"THE CONTACT OWNS A 2006 CHEVROLET COBALT. WHILE DRIVING APPROXIMATELY 60 MPH, THE VEHICLE WENT OVER A CEMENT BLOCK CAUSING THE VEHICLE TO GO AIRBORNE, CRASH**

DOWN IN A NOSE DIVE INTO A FIELD AND ROLL OVER 7 TIMES. THE AIRBAGS IN THE VEHICLE DID NOT DEPLOY. THERE WAS A POLICE REPORT FILED. THE VEHICLE WAS DESTROYED. THE MANUFACTURER WAS NOT CONTACTED. THE PASSENGER WAS TAKEN TO THE HOSPITAL AND SUSTAINED A BROKEN SHOULDER BLADE AND A BROKEN RIB. THE DRIVER WAS NOT TAKEN TO THE HOSPITAL BUT SUSTAINED A BRUISED LEFT LUNG AND BRUISES TO THE LEFT SIDE OF HER HEAD. THE APPROXIMATE FAILURE MILEAGE WAS 92,000." (12/31/2010)

- "MY CHEVY COBALT 2006, HAS HAD THE ISSUE WITH THE EMERGENCY AIR BAG LIGHTING UP AND SAYING IT IS OFF AND I GET THE MESSAGE THAT THE "AIR BAG NEEDS TO BE SERVICED". I HAVE LESS THAN 45 THOUSAND MILES. AROUND JUNE 2010, MY MOTHER AND I WERE IN THE CAR AND WE WERE ON THE HIGHWAY WHEN WE HEARD THE BEEPING SOUND AND THE AIRBAG LIGHT TURNED ON, MEANING THE PASSENGER SIDE AIRBAG WAS OFF. IT IS SUPPOSE TO TURN ON AUTOMATICALLY, BUT HAS NOT. EVERY TIME WE START THE CAR THE BEEPING SOUND STARTS AND THE PASSENGER SIDE HAS NO AIRBAG PROTECTION. I HAVE NOTICED THAT MANY PEOPLE ARE WHO HAVE THE CHEVY COBALT HAVE THE SAME ISSUE" (06/01/2010)

- "I HAVE HAD A PROBLEM WITH MY 06 COBALT BACK IN EARLY 07 IT WAS UNDER WARRANTY AT THE 7 TIMES I TOOK IT TO THE DEALER FOR STEERING CONCERNS. THE DEALERSHIP COULD NOT DUPLICATE THE HARD STEERING PROBLEM OR PRODUCE COMPUTER PROBLEM. I WAS VERY ADAMANT ABOUT THIS AND ALSO GOT NEW TIRES THINKING THAT WAS THE PROBLEM. IT WAS NOT ! I WAS NOT AWARE OF ANY SERIOUS PROBLEM WITH THE POWER STEERING, AND WAS LEARY TO DRIVE MY CAR (A GIFT FROM MY MOM) BUT HAD NOTHING ELSE TO DRIVE. IN MARCH OF THIS YEAR ON THE 30TH I WAS COMING FROM A FRIENDS HOME AND WAS ON A SIDE ROAD I SLOWED TO MAKE A RIGHT TURN AND I COULD NOT GET THE CAR TO GO RIGHT, IT WAS VERY HARD TO TURN, AND I WENT THROUGH THE LIGHT AND HIT A TREE HEAD ON AND THE AIR BAG DID NOT DEPLOY. I WAS TOLD LATER I MISSED THE SENSOR. THE CAR WAS TOTALED AND G.M. WON'T DO ANYTHING ABOUT THIS. I WAS TOLD THAT EVEN THOUGH THE CAR SAT FOR 2 MONTHS WITH A DEAD BATTERY THE COMPUTER DOES NOT LOOSE DATA. (G.M.) I KNOW OF SEVERAL COBALT OWNERS WHO HAVE HAD THE POWER ASSIST REPLACED ON MORE THAN ONE OCCASION AND IT STILL WENT OUT. THE MECHANICS (A.S.E.)CERTIFIED INFORMED ME IT IS NOT THE POWER ASSIST IT IS IN THE STEERING COLUMN, AND SHOULD BE REPLACED, BUT G.M. WON'T DO THAT IT WOULD COST TOO MUCH MONEY. IT IS NICE TO KNOW THAT G.M. WOULD RATHER SACRIFICE THE CONSUMER

RATHER THAN TAKE CARE OF THEM. I ALSO UNDERSTAND THE COMPUTER HAS A HISTORY OF NOT RECORDING PROPERLY WHEN THERE IS A PROBLEM. THE REST OF US WHO HAVE HAD A CRASH WITH AND WITHOUT AIR BAGS NEED SOME KIND OF SOLUTION. G.M. IS SWEEPING THIS UNDER THE RUG!!!! THANK YOU FOR YOUR TIME. " (03/30/2010)

- "HIT A VEHICLE FROM BEHIND, THE FRONT END OF THE CAR IS MESS UP, THE AIR BAG DID NOT COME OUT. BUMP HEAD NOSE AND LIPS ON THE STEERING WHEEL. HAD TO GO TO THE EMERGENCY ROOM." (10/18/2010)

- "MY 2006 CHEVY COBALT HAS THE AIR BAG LIGHT ON. I RECEIVED A POSSIBLE RECALL NOTICE IN FEBRUARY 2010 STATING THAT THERE WERE PROBLEMS WITH THE STEERING. THE LETTER STATED THAT I WOULD BE RECEIVING A LETTER STATING WERE AND WHEN TO TAKE MY CAR IN FOR CHECK UP. IT IS JULY 2010 AND I HAVE NOT RECEIVED ANY NOTICE. I'M AFRAID THAT THIS DEFECT WILL CAUSE AN ACCIDENT. I CALLED THE CHEVY DEALER HERE IN SALINAS CA, AND THEY TOLD ME THAT THEY DID NOT HAVE THE PARTS YET AND THAT I SHOULD WAIT FOR THAT LETTER AND MY CAR COULD NOT BE CHECKED UNTIL THEN. PLEASE HELP OUT IT IS VERY SCARY AND I'M VERY CONCERNED. THANK YOU FOR YOUR ATTENTION TO THIS IMPORTANT MATTER" (02/13/2010)

- "NO EVENTS LEADING TO MALFUNCTION. AIR BAG SYSTEM DISABLES RANDOMLY DURING NORMAL DRIVING. "SERVICE AIR BAG" DISPLAYS ON DIGITAL INTERFACE. NO CORRECTION WAS MADE BY OWNER. AFTER A FEW DAYS THE MALFUNCTION BECAME LESS OFTEN AND EVENTUALLY STOPPED WITH INTERMITTENT RECURRENCES THEREAFTER." (04/08/2010)

- "WHILE DRIVING 45 MPH. LOST CONTROL OF VEHICLE. HIT DITCH, WENT UP EMBANKMENT, AIRBORN, LANDING AND BREAKING POWER POLE GUDE WIRE, CONTINUING 300 FT, FRONTAL IMPACT INTO TREE. VEHICLE TOTALED. FRONT REAR, UNDER CARRIAGE AND REAR DAMAGE. AIRBAGS DID NOT DEPLOY, SEATBELT DID NOT LOCK." (03/21/2010)

- "SERVICE AIRBAG LIGHT ON." (04/10/2010)

- **"I OWN A 2006 CHEVROLET COBALT. WELL TO BEGIN, I INITIALLY HAD AN ISSUE WITH MY SHIFT COLUMN, WHICH I RESEARCHED AND FOUND OUT IT WAS A COMMON ISSUE WITH THIS VEHICLE.**

**IT WOULD CAUSE MY KEY TO GET STUCK IN THE IGNITION. I TOOK IT TO THE DELEARSHIP AND THEY REPLACE THE WHOLE COLUMN. THEN A A COUPLE OF WEEK LATER, MY VEHICLE WAS ACCELERATING REALLY FUN, I JUST BLEW IT OFF FOR A MOMENT, UNTIL I THEN TRIED TO PUT MY CAR IN REVERSE ONE DAY, AND IT WOULD NOT GO ANYWHERE. I TOOK IT TO THE DELEARSHIP AND THEY TOLD ME MY TRANSMISSION IS SLIPPING, AT 86,000 MILES. THE DEALEARSHIP HAS MY CAR, AND IS TRYING TO FIGURE OUT IF IT'S EVEN WORTH FIXING. IM ALSO WONDERING IF THIS PROBLEM COULD HAVE BEEN CAUGHT THE INTIAL TIME THEY FIXED THE VEHICLE, AND FIGURED IT WAS MY SHIFTING COLUMN, BECAUSE EVEN WITH MY TRANSMISSION SLIPPING, IT ALSO AFFECTED THE SHIFTING COLUMN.    ONE OTHER PROBLEM I HAVE HAD WITH THE VEHICLE IS THE AIR BAG SENSOR, I HAVE NOT GOT THIS FIXED YET, BECAUSE THE DEALEARSHIP WANTS TO CHARGE $99 JUST TO SEE EXACTLY WHAT'S CAUSING MY AIRBAG SENSOR TO NOT COME ON, WHEN I HAVE PASSENGERS WITH ME. (03/26/2010)**

- "WE BOUGHT A 2,006 CHEVY COBALT WITH 16.769MILES ON IT. WAS NOT TOLD IT WAS USED AS A LEASE VEHICLE AND WAS NOT TOLD THAT IT WAS BOUGHT AT AN AUCTION.SO YOU CAN SEE WE CERTAINLY ARE NOT VERY HAPPY TO BEGIN WITH. HIDDEN TRUTHS.WE WAS CALLED ON MARCH 26,2010 AT 10;30 TO GO AND PICK UPOUR VEHICLE. "THEY HAD JUST FINISHED PUTTING THE STERRING COLUMN IN-RECALL BUT SAID IT WAS NOT FOR OUR VEHICLE....WE TURNED THE VEHICLE ON AND THE AIRBAG LIGHT CAME ON AND STAYED ON UNTIL WE ARRIVED HOME SOME 30 MILES AWAY. WAS TOLD IT WAS IN THE SENSOR AND PERSONS WEIGHT-O.K. THEN JUST LEANING ON IT KEPT IT ON AGAIN. THIS IS DANGEROUS. ANY RECALLS AND HOW CAN THIS BE FIXED?" (03/26/2010)

- "2006 COBALT 2 DOOR, I WAS HEADING TO WORK A COUPLE OF MONTHS AGO WHEN THE AIRBAG LIGHT TURNED ON AFTER I PARKED THE CAR AND RESTARTED IT THE LIGHT DID NOT COME ON. AFTER I GOT OFF OF WORK I TUNED THE CAR ON AND THE LIGHT DID NOT TURNED ON AFTER ABOUT 15 SECONDS INTO DRIVING THE CAR THE LIGHT CAME BACK AGAIN. IT CONTINUED FOR THE NEXT 3 DAYS I WAS GOING TO TAKE IT TO THE DEALER BUT THE 4TH DAY THE LIGHT STAYED OFF. THEN 3 WEEKS LATER THE SAME THING HAPPENED AND IT AS WELL KEPT LIGHTING UP FOR THE NEXT 3 DAYS AND WHEN I WAS HEADING TO THE DEALER THE 4TH DAY THE LIGHT DID NOT COME ON. IT HAS NOT HAPPENED SINCE THEN. DID THE RESEARCH ON IT AND LOTS OF OWNERS HAVE THE PROBLEM. SO FAR NO ACCIDENTS ON THE CAR BUT I WOULD LIKE THE AIRBAGS TO DEPLOY IF I WERE TO BE IN AN ACCIDENT." (10/03/2009)

- "MY DAUGHTER WAS DRIVING ON HIGHWAY 40 EAST IN NORTH CAROLINA.  CAR WAS HIT FROM BEHIND.  CAR WENT ACROSS SEVERAL LANES OF TRAFFIC AND HIT RAIL. STEERING OVER COMPENSATED AND AIR BAG DID NOT DEPLOY.  CAR WAS TOWED AND WAS DECLARED A TOTAL LOSS" (01/22/2010)

- "I HAVE A 2006 CHEVROLET COBALT WITH 39K MILES. MY STEERING WHEEL SHAKES WHEN DRIVING, IT IS SOMETIMES HARD TO TURN, THE RADIO TURNS ON AND OFF, AND THE CHECK ENGINE LIGHT & AIR BAG LIGHT ARE ON. I TOOK THE CAR TO THE DEALERSHIP AND THEY SAID NOTHING IS WRONG WITH THE CAR. THEY GOT THE LIGHTS TO TURN OFF. MY WARRANTY IS NOW EXPIRED AND THE SAME LIGHTS CAME ON AGAIN." (02/03/2010)

- "HIT ELECTRIC POLE AND WENT AIRBORNE. AIRBAG NON-DEPLOYMENT" (09/24/2009)

- "I HAVE A 2006 CHEVY COBALT, WENT OFF THE ROAD THROUGH A BRICK WALL, OFF A 3 FOOT DROP OFF AND INTO A HOUSE. THE CAR IS TOTALED AND MOST OF THE DAMAGE IS IN THE FRONT, THE SENSORS ARE CRUSHED AND NO AIRBAGS DEPLOYED. THE CAR HAS 60K MILES ON IT. AIRBAGS WERE NEVER DEPLOYED BEFORE AND NO CODES WERE ON THE CAR SAYING IT WAS BAD."  (08/02/2009)

- "ACCORDING TO THE PAPERWORK, ON JULY 18, 2010, THE CONSUMER WAS INVOLVED IN AN ACCIDENT AND THE AIR BAGS FAILED TO DEPLOY." (11/10/2007)

- "AIRBAGS FAILED TO DEPLOY DURING T-BONE COLLISION AT A SPEED OF APROX. 45 MPH. NO SERIOUS INJURIES OCCURRED. AIRBAGS WOULD NOT DEPLOY EVEN WHEN DEALERSHIP REPRESENTATIVE TRIED TO MAKE THEM DEPLOY. VEHICLE HAD A RECALL ON SIDE AIRBAG AND WAS TAKEN FOR REPAIRS; HOWEVER NONE OF THE AIRBAGS DEPLOYED." (06/02/2009)

- "THE CONTACT OWNED A 2006 CHEVROLET COBALT. WHILE DRIVING LESS THAN 55 MPH, THE DRIVER CRASHED INTO THE PRECEDING VEHICLE. THE FRONTAL AIR BAGS FAILED TO DEPLOY. THERE WERE NO INJURIES. THE VEHICLE WAS DESTROYED AND THE FRONT END WAS SMASHED INTO THE INTERIOR OF THE VEHICLE. THE INSURANCE COMPANY WAS CONCERNED THAT THE IMPACT WAS AT HIGH ENOUGH SPEEDS SO THAT THE AIR BAGS SHOULD HAVE

DEPLOYED. THE VIN WAS UNKNOWN. THE FAILURE MILEAGE WAS 59,000." (03/15/2009)

- "THE CONTACT OWNS A 2006 CHEVROLET COBALT. WHILE MAKING A LEFT TURN, THE CONTACT'S VEHICLE WAS STRUCK ON THE FRONT DRIVER'S SIDE BY ANOTHER VEHICLE. THE VEHICLE SPUN AROUND AND CRASHED INTO A CURVE. THE FRONTAL AIR BAGS FAILED AND THE LEFT SIDE OF THE CONTACT'S HEAD STRUCK THE WINDOW. A POLICE REPORT WAS FILED. THE INSURANCE APPRAISER INSPECTED THE VEHICLE AND WAS UNABLE TO DETERMINE WHY THE AIR BAGS DID NOT DEPLOY. THE VEHICLE WAS DESTROYED. THE CONTACT IS IN THE PROCESS OF NOTIFYING THE MANUFACTURER. THE SPEED WAS UNKNOWN. THE FAILURE MILEAGE WAS 40,900." (03/03/2009)

- "THE CONTACT OWNS A 2006 CHEVROLET COBALT. WHILE DRIVING 35 MPH, THE VEHICLE WAS INVOLVED IN A CRASH. THE FRONTAL AIR BAG DEPLOYED AND THE MATERIAL IN THE AIR BAG BURNED THE CONTACT'S ARM. THE AIR BAG APPEARED AS IF IT WOULD CATCH FIRE. THE VEHICLE IS CURRENTLY AT A BODY SHOP BEING REPAIRED. A POLICE REPORT WAS FILED. THE CURRENT AND FAILURE MILEAGES WERE 4,900" (02/11/2009)

- **"THE CONTACT OWNS A 2006 CHEVROLET COBALT. IN APRIL OF 2008, THE VEHICLE WAS INVOLVED IN A CRASH WHILE DRIVING 10 MPH. THE AIR BAGS FAILED TO DEPLOY. RECENTLY, THE VEHICLE WAS INVOLVED IN A CRASH WITH A TRUCK AND BOTH THE DRIVER'S SIDE AND PASSENGER SIDE AIR BAGS FAILED TO DEPLOY. THE VEHICLE WAS DESTROYED AND TWO OCCUPANTS WERE INJURED. A POLICE REPORT WAS FILED. THE FAILURE MILEAGE WAS 30,000." (07/26/2008)**

- "I WAS THE OWNER OF A 2006 CHEVY COBALT. ON DECEMBER 3, 2007 I LOST CONTROL OF AND HIT HEAD ON INTO A GUARD RAIL ON THE RIGHT SIDE OF THE ROAD DOING 50-55 MILES AND HOUR. THE CAR SPUN AND HIT THE BACK END ON THE SAME GUARD RAIL AND SHOT ME ACROSS THE STREET INTO THE GUARD RAIL ON THE LEFT SIDE HITTING THE FRONT DRIVERS SIDE. THE CAR STOPPED AND THE AIR BAG NEVER DEPLOY. I CALLED AND ALERTED GM AND THEY ADV WOULD SEND SOMEONE OUT TO LOOK AT THE CAR (WHICH COULD TAKE UP TO 14 BUS DAYS) BUT WOULD NOT PAY FOR STORAGE. THEY ADV THEY WOULD REPLACE THE AIRBAG IF THEY FOUND MALFUNCTION BUT SINCE THE CAR WAS TOTALED THEY WOULD DO NOTHING" (12/03/2007)

27

- "THE CONTACT OWNS A 2006 CHEVROLET COBALT. WHILE DRIVING APPROXIMATELY 50 MPH, THE CONTACT LOST CONTROL OF THE VEHICLE AND STRUCK A GUARDRAIL. THE VEHICLE WAS DESTROYED AND THE AIR BAGS FAILED TO DEPLOY. A POLICE REPORT WAS FILED. GM COULD NOT EXPLAIN WHY THE AIR BAGS FAILED. A COLLISION MECHANIC STATED THAT THE AIR BAGS SHOULD HAVE DEPLOYED. THE VIN, ENGINE SIZE, AND NUMBER OF CYLINDERS WERE UNKNOWN. THE CURRENT AND FAILURE MILEAGES WERE 50,000" (11/03/2007)

- "I WAS DRIVING TO WORK ON RT 8 IN BUTLER, PA. A DEER RAN INTO MY CAR, HITTING THE FRONT END. I WAS GOING ABOUT 50 MPH. I SLAMMED ON THE BRAKES AND GOT OUT TO LOOK AT MY CAR. THE FRONT BUMPER WAS COMPLETELY SMASHED, ALONG WITH THE BUMPER BEING FOLDED, AC CONDENSER BROKE, GRILLE BROKE,RADIATOR BROKE. I GOT BACK IN MY CAR AND NOTICED THE AIR BAG SYMBOL WAS ON BUT BY AIR BAGS DIDN'T DEPLOY. I WASN'T WEARING A SEAT BELT AND I WAS THE ONLY ONE IN THE CAR. MY SEAT BELTS LOCKED UP FOR SOME REASON AND THE AIR BAGS DIDN'T GO OFF. I CALLED THE CHEVY COMPANY AND ASKED THEM WHY, AND THEY TOLD ME THAT YOU NEED TO HIT THE CAR IN A CERTAIN SPOT ON THE CAR, BUT A MECHANIC TOLD ME USUALLY IF THE REBAR IS CRACKED THE AIR BAGS GO OFF. THEY SAID THERE IS NOTHING THEY CAN DO ABOUT IT. I PAID THE CAR OFF AND I DIDN'T HAVE FULL COVERAGE. SO MY CAR IS PRACTICALLY GARBAGE. I THINK THEY SHOULD AT LEAST FIX THE AIR BAG PROBLEM AND THE SEAT BELTS." (06/14/2006)

- **"MY TEENAGE DAUGHTER SWERVED TO MISS A DEER, HIT A UTILITY POLE HEAD ON, DEAD CENTER OF THE BUMPER, SNAPPING IT OFF AT THE BASE. HER CAR WAS TOTALED. IT WAS 2006 CHEVY COBALT. THE AIR BAGS DID NOT DEPLOY. IF IT HAD NOT BEEN FOR THE POLE BEING OLD, THERE IS NO DOUBT SHE AND HER PASSENGER WOULD HAVE SUSTAINED HUGE INJURY OR WORSE. THERE IS NO EXPLANATION AS TO WHY THE AIR BAGS DID NOT DEPLOY" (09/05/2007)**

- "THE CONTACT OWNS A 2006 CHEVROLET COBALT. WHILE DRIVING 55 MPH, THE CONTACT LOST CONTROL OF THE VEHICLE. THE VEHICLE STRUCK THE EMBANKMENT, FLIPPED OVER, AND LANDED ON THE ROOF. THE ROOF DETACHED AND THE VEHICLE WAS DESTROYED. THE AIR BAGS FAILED TO DEPLOY. THE CONTACT SUSTAINED INJURIES TO THE BACK AND SHOULDERS. THE INSURANCE COMPANY HAS NOT DETERMINED WHAT CAUSED THE AIR BAGS TO FAIL. A POLICE REPORT WAS FILED. THE DEALER

INFORMATION WAS UNAVAILABLE. THE CURRENT AND FAILURE MILEAGES WERE 15,000." (08/30/2007)

- "2006 CHEVROLET COLBALT. VEHICLE WAS INVOLVED IN COLLISION HITTING ANOTHER VEHICLE ON THE RIGHT SIDE CAUSING DAMAGES TO THE FRONT END. CONSUMER STATES THAT THE AIR BAGS DID NOT DEPLOY." (04/16/2007)

- "SERVICE AIR BAGS LIGHT HAVE BEEN ON SINCE 20,K MILES I NOW HAVE 47,XXX MILES." (11/02/2006)

- "WHILE DRIVING ON A RAINY DAY ON A MAIN ROAD, THE CONTACT LOST CONTROL OF A 2006 CHEVROLET COBALT AT A SPEED OF 40 MPH, CAUSING THE VEHICLE TO CRASH INTO A HILLSIDE THAT HAD A BIG ROCK STICKING OUT. THE ENTIRE FRONT OF THE VEHICLE SUSTAINED DAMAGE, THE RADIATOR, TRANSMISSION AND ENGINE WERE CRUSHED. THE CONTACT STATED THAT THE FRONTAL AIR BAGS NEVER DEPLOYED. PRIOR TO THE INCIDENT THERE WAS NO WARNING THAT THE AIR BAGS WEREN'T WORKING. THE CONSUMER HIT A DITCH BEFORE HITTING THE HILLSIDE. THE SEAT BELT DIDN'T RESTRAIN THE CONSUMER." (01/15/2007)

- "2006 CHEVROLET COBALT SEDAN HAD 2 INCIDENTS OF GOING OUT OF CONTROL 9 DAYS APART. FIRST TIME WAS WHEN CAR WAS PUT IN REVERSE AND SLIGHT TAP OF GAS PEDAL RESULTED IN CAR RAPIDLY REVERSING UNTIL HIT MUD AREA ON GRASS AND LIGHT POLE. SECOND INCIDENT WAS WHEN CAR WAS IN FORWARD AND STOPPED TO OPEN TRUNK. CAR LUNGED FORWARD WITH SUCH FORCE THAT IT WENT THROUGH GARAGE WALL. AIR BAGS DID NOT DEPLOY EITHER TIME. CAR TOWED TO DEALERSHIP. PARTS ORDERED TO REPLACE DAMAGE BUT NOT YET CHECKED OUT MECHANICALLY TO SEE WHAT WENT WRONG WITH FORWARD & REVERSE INCIDENTS AND WHY AIR BAGS DID NOT DEPLOY." (01/06/2007)

- "I WAS DRIVING MY 2006 CHEVY COBALT WHEN I WAS TAKING A FRIEND TO THE AIRPORT. I WAS ON I-495 N IN THE LANE LEADING TO THE EXIT THAT TAKES YOU TO THE AIRPORT TOLL ROAD. I APPLIED MY BRAKES AND THE CAR DID NOT SLOW DOWN. HOPING TO COAST DOWN THE EXIT AND PULL OFF TO THE SIDE OF THE ROAD, I TURNED THE STEERING WHEEL TO VEER THE CAR LEFT. THE CAR KEPT GOING STRAIGHT. I KEPT HITTING THE BRAKES AND TURNED THE STEERING WHEEL TO THE LEFT, BUT THE CAR DID NOT STOP, NOR DID IT TURN. WE CRASHED INTO THE GUARDRAIL AT ABOUT 50 MPH. THE AIRBAGS DID NOT DEPLOY. TURNS OUT THE CAR SHUT OFF WHILE I WAS

DRIVING IT. THIS WAS THE SECOND TIME THIS HAD OCCURRED. IT
HAPPENED BACK IN MAY 2006 AND I TOOK IT IN TO THE DEALERSHIP.
THEY KEPT IT FOR A COUPLE OF DAYS AND SAID IT WAS FINE.
APPARENTLY NOT." (05/01/2006)

- "THE CONTACT STATED WHILE DRIVING 55 MPH ON THE HIGHWAY
WITH THE CRUISE CONTROL ENGAGED, THE BRAKE PEDAL WAS
DEPRESSED AND THE VEHICLE LURCHED FORWARD WITHOUT
WARNING. MULTIPLE ATTEMPTS WERE MADE TO DISENGAGE THE
CRUISE CONTROL BY CONSTANTLY APPLYING BRAKE PRESSURE,
BUT THE VEHICLE CONTINUED TO ACCELERATE. THE VEHICLE
SUDDENLY CAREENED THROUGH TWO LANES OF TRAFFIC, STRUCK
A GUARDRAIL, AND ROLLED OVER INTO AN EMBANKMENT WHERE
IT FINALLY CAME TO A STOP. THE CONTACT WAS WEARING A SEAT
BELT, BUT MINOR INJURIES WERE SUSTAINED. DUE TO THE
EXTENSIVE BODY DAMAGE, THE VEHICLE WAS DEEMED TOTALED.
THE POLICE WERE ALERTED AND A REPORT WAS TAKEN. THE
MANUFACTURER WAS ALSO ALERTED.  THE AIR BAGS DID NOT
DEPLOY."  (08/07/2006)

- "THE CONTACT STATED WHILE ATTEMPTING TO APPLY BRAKE
PRESSURE AT 40 MPH THE VEHICLE HIT ANOTHER VEHICLE FROM
BEHIND AND THE AIRBAGS DID NOT DEPLOY. A POLICE REPORT WAS
FILED AT THE SCENE AND THERE WERE NO INJURIES. THE VEHICLE
SUSTAINED FRONT END DAMAGE. IT WAS TOWED TO THE
DEALERSHIP AND THE FRONT END WAS REPLACED. THE
MANUFACTURER WAS CONTACTED." (01/06/2006)

- "BRAKES FAILED. HIT ANOTHER CAR AT STOP LIGHT. CAR SLOWED
BUT WOULD NOT STOP. FELT ABS KICK IN BUT BRAKES ONLY
SLOWED CAR DOWN. LESS THAN 5 MPH. NO AIB BAG INFLATION. CAR
WAS A LOANER FROM DEALER, WHILE MY CAR WAS BEING WORKED
ON. HAD CAR TOWED BACK TO DEALER AND THEY SAID THEY FOUND
NO PROBLEM WITH BRAKES. I KNOW HOW TO DRIVE AND I FIND IT
HARD TO BELIEVE THAT BRAKES DON'T WORK WHEN YOU USE
THEM" (01/27/2006)

26.    New GM received customer complaints of driver and passenger airbag failures in

front end collisions.  Neither Old GM nor New GM ever issued a recall related to the failure of the

driver and passenger airbags to deploy in a crash with frontal impact.

27.    Throughout the years in which it received these complaints, Old and New GM marketed GM brand vehicles as safe. For example, in a section called "Safety," Old GM's Chevrolet website stated:

**OUR COMMITMENT**

"Your family's safety is important to us. Whether it's a short errand around town or a cross-country road trip, Chevrolet is committed to keeping you and your family safe – from the start of your journey to your destination. That's why every Chevrolet is designed with a comprehensive list of safety and security features to help give you peace of mind."

28.    Similarly, Old GM promoted its Saturn vehicle line with television advertising tag lines like, "Putting people first," and, "Saturn. People First." Saturn's print ad campaign featured advertisements with statements such as the following: "Need is where you begin. In cars, it's about things like reliability, durability and, of course, safety. That's where we started when developing our new line of cars." In sum, in order to increase sales, Old GM touted the safety of its vehicles, and New GM did nothing to correct the false representations of safety to the millions of vehicle owners whose cars were affected by defects in its airbag system and passenger restraint systems. Further, throughout the existence of both Old and New GM, GM dealerships continued to sell "certified pre-owned cars" that still had defective airbag and passenger restraint systems. New GM, which profited indirectly from these sales, certified the safety of these vehicles to the public, explaining that the certification process involved testing of over a hundred components, including the airbag and passenger restraint systems. This safety certification was made despite many of the affected vehicles still having the defective airbag and passenger restraint systems. As a result, many owners and users of the affected vehicles purchased and drove the vehicles in reliance upon these safety representations.

**AIRBAG/PASSENGER RESTRAINT SYSTEM DEFECTS**

29.    Plaintiff's 2006 Chevrolet Cobalt was equipped with driver and front passenger frontal airbags.  However, the front passenger airbags did not deploy during the subject collision even though there was a frontal impact.  Plaintiff was killed as a result of the collision.

30.    Plaintiffs injuries were also caused by the failure of the passenger airbag to deploy in this collision.

31.    The defects in the design, manufacture and/or assembly of the 2006 Chevrolet Cobalt's safety components and the negligence of GM as described herein, resulted in the passenger frontal airbag not being deployed.

32.    Prior to February 1, 2016, Old GM designed, built, assembled, manufactured, tested, advertised, marketed, and distributed the "Cobalt", which contained design defects when it left the possession of Old GM.

33.    At all times material hereto, GM had a duty to use reasonable care to design, manufacture, market, modify and/or sell the Subject Vehicle and its Airbag System/Passenger Restraint System such that they would be reasonably safe for their intended purposes and pass without objection throughout the trade or industry.

34.    Notwithstanding this duty, GM carelessly, recklessly and negligently designed, manufactured, and sold the Subject Vehicle and its Airbag System/Passenger Restraint System such that there was an inherent defect in the Subject Vehicle, namely the Airbag System/Passenger Restraint System was subject to failure and did fail to operate as intended and designed at the time and place of the collision described herein.

35.    GM carelessly, recklessly and negligently failed to adequately test and inspect the Airbag System/Passenger Restraint System to determine whether prospective and foreseeable owners, users, drivers and occupants of the Subject Vehicle would be exposed to an unreasonable

risk of physical harm during foreseeable automobile collisions of sufficient force to activate the Airbag System/Passenger Restraint System.

36.    All damages described herein were caused by the design, manufacture, marketing and distribution of a defective motor vehicle, both generally and in the following respects:  (a) the vehicle was not crashworthy; the vehicle was defective, unsafe and inadequate for the use for which it was made and intended to be used, including foreseeable collisions; the vehicle was not designed and equipped with alternative, technologically feasible and safer components which would have been capable of minimizing the risk of significant injury associated with frontal collisions and, therefore, the risks of harm outweighed the benefits of the selected defectively designed airbag system; the vehicle was defective, unsafe and inadequate for the use in which it was made and intended because it was equipped with an unsafe and defectively designed airbag system/passenger restraint system because in foreseeable collisions the airbag would not deploy in a necessary and timely manner; the vehicle was defective and unsafe and inadequate because it did not include necessary and adequate warnings that the airbag would fail to deploy under foreseeable circumstances; the vehicle was defective, unsafe and inadequate because the airbag system/passenger restraint system did not perform in a manner that an ordinary consumer would expect under the facts that will be established at trial; and the airbag system/passenger restraint system designed and selected for this model vehicle was inadequately and unsafely designed so that the airbags did not deploy in frontal collision event that warranted airbag deployment to protect the occupants.

37.    Because of its defective design, manufacture and production, especially the airbag system/ passenger restraint system in the 2006 Chevrolet Cobalt, this vehicle was inherently dangerous in the event of foreseeable frontal collisions.

38.    GM breached its duties owed to Plaintiff in that it failed to recall and retrofit Plaintiff's 2006 Chevrolet Cobalt.

39.    Plaintiff was not aware of and could not have reasonably discovered the defective condition and dangerous nature of the Subject Vehicle and its Airbag System/Passenger Restraint System.

**CLAIMS AGAINST GENERAL MOTORS, LLC BROUGHT BY NAMED PLAINTIFF UNDER TEXAS LAW**

**COUNT 1 – Negligence**

40.    The Named Plaintiff re-alleges as if fully set forth, each and every allegation set forth herein.

41.    Under the June 26, 2009 Amended and Restated Master Sale and Purchase Agreement wherein New GM acquired certain Old GM assets, New GM assumed product liability for crashes involving Old GM vehicles causing personal injury, loss of life or property damages. New GM also acquired knowledge of Old GM's activities and the Airbag System/Passenger Restraint System defect, and other serious defects, via the mind of the employees, officers, managers, as well as via books and records obtained and/or acquired as a result of the June 26, 2009 Amended and Restated Master Sale and Purchase Agreement and subsequent Sale Order. Thus, the duties of Old GM are part of the foundation for the product liability assumed by New GM.  Further, as identified therein, certain Named Plaintiff has claims for crashes involving Old

GM vehicles that caused personal injury, loss of life or property damage and New GM is therefore liable to the Named Plaintiff.

42.    Old GM and New GM owed Named Plaintiff a duty to design, manufacturer, fabricate, assemble, inspect, market, distribute, sell, and/or supply products in such a way as to avoid harm to persons using them such as the Named Plaintiff.

43.    Old GM and New GM owed the Named Plaintiff a duty to detect known safety defects in GM vehicles.

44.    Old GM and New GM owed the Named Plaintiff a duty, once it discovered the Airbag System/Passenger Restraint System defect, to provide thorough notice of the defect, including a warning that the defective vehicles should not be driven until an appropriate repair procedure is developed and performed.

45.    Old GM and New GM owed the Named Plaintiff a duty, once it discovered the Airbag System/Passenger Restraint System defect, to ensure that an appropriate repair procedure was developed and made available to drivers.

46.    Old GM and New GM knew that their customers, such as the Named Plaintiff, expect that the company will employ all reasonable efforts to detect safety defects, warn drivers of their existence, and develop and make available an appropriate repair procedure.

47.    Old GM and New GM efforts to discover, provide notice of, and provide repair procedures for safety related defects exist for the benefit of the Named Plaintiff and other drivers of GM vehicles.  Old GM and New GM was aware that by providing maintenance and repair information and assistance, including through its authorized dealerships, Old GM and New GM

had a responsibility to the Named Plaintiff and other drivers to take the reasonable measures listed above.

48.     By reason of New GM's assumption of product liability under the June 26, 2009 Amended and Restated Master Sale and Purchase Agreement for crashes involving Old GM vehicles causing personal injury, loss of life or property damages, the failures of Old GM described above that contributed to or were causally connected to the injuries sustained by Named Plaintiff were among the product liability of Old GM assumed by New GM.

49.     Independent of any failures by Old GM as described herein, New GM breached its duties to the Named Plaintiff by failing to provide appropriate notice of and repair procedures for the Named Plaintiff's Defective Vehicle.  In doing so, New GM departed from the reasonable standard of care required of it.

50.     It was foreseeable that if the New GM did not provide appropriate notice and repair procedures for the Defective Vehicles, the Named Plaintiff and other drivers would be endangered.

51.     The Named Plaintiff's injuries were reasonably foreseeable to Old GM and New GM.

52.     The Named Plaintiff could not through the exercise of reasonable diligence have prevented the injuries caused by Old GM and New GM's negligence.

53.     Old GM's and New GM's acts and omissions, when viewed objectively from the actor's standpoint, involved an extreme degree of risk, considering the probability and magnitude

of the potential harm to others. Old GM and New GM nevertheless proceeded with conscious indifference to the rights, safety and welfare of others.

54.    As will be shown at trial, all the foregoing knowledge of Old GM in all the preceding paragraphs was inherited by or is imputable to New GM.

## COUNT II - Strict Liability (TX CPRC §82)

55.    The Named Plaintiff re-alleges as if fully set forth, each and every allegation set forth herein.

56.    Old GM and New GM, at all times relevant to this action, were engaged in the design, testing, manufacture, distribution, and sale of automobiles, including the Defective Vehicles.

57.    The Defective Vehicles were expected to and did reach users and consumers without substantial change in the condition in which it was sold.

58.    The Defective Vehicles were in a defective condition creating risk of harm to a user or a consumer, including Named Plaintiff.

59.    The defects set forth herein caused the Named Plaintiff's injuries.

60.    Under the June 26, 2009 Amended and Restated Master Sale and Purchase Agreement wherein New GM acquired certain Old GM assets, New GM assumed product liability for crashes involving Old GM vehicles causing personal injury, loss of life or property damage. As identified therein, the Named Plaintiff has claims for crashes involving Old GM vehicles that caused personal injury, loss of life or property damages and New GM is therefore liable to the Plaintiff.

61.    These injuries and losses were caused by New GM's designing, manufacturing, fabricating, assembling, inspecting, marketing, distributing, selling and/or supplying the Defective Vehicles in a defective condition for which it is strictly liable to the Named Plaintiff pursuant to

Restatement (Second) of Torts § 402A.  Alternatively, the injuries and losses were caused by Old GM's designing, manufacturing, fabricating, assembling, inspecting, marketing, distributing, selling and/or supplying the Defective Vehicles in a defective condition for which New GM is strictly liable to the Named Plaintiff pursuant to Restatement (Second) of Torts § 402A because these product liabilities were assumed by New GM.

62.     These injuries were caused by New GM's designing, manufacturing, fabricating, assembling, inspecting, marketing, distributing, selling and/or supplying the Defective Vehicles without proper and adequate warnings, instructions, and/or guidelines for safe use for which it is strictly liable to the Plaintiff.  Alternatively, these injuries were caused by Old GM's designing, manufacturing, fabricating, assembling, inspecting, marketing, distributing, selling and/or supplying the Defective Vehicles without proper and adequate warnings, instructions, and/or guidelines for safe use for which New GM is strictly liable to the Plaintiff because these product liabilities were assumed by New GM.

63.     By reason of New GM's assumption of product liability under the June 26, 2009 Amended and Restated Master Sale and Purchase Agreement for crashes involving Old GM vehicles causing personal injury, loss of life or property damage, the failures of Old GM described above that contributed to or were causally connected to the injuries sustained by Named Plaintiff were among the product liabilities of Old GM assumed by New GM.  Independent of any failures by Old GM as described herein, New GM breached its duties owed to the Named Plaintiff as described herein.

64.     Plaintiff would show in the alternative that there was a manufacturing defect in Plaintiff's vehicle concerning the airbag system/passenger restraint system.

65.    As will be shown at trial, all the foregoing knowledge of Old GM in all the preceding paragraphs was inherited by or is imputable to New GM.

**COUNT III- Failure To Warn/Marketing Defect**

66.    Under the June 26, 2009 Amended and Restated Master Sale and Purchase Agreement, New GM expressly assumed liability for post-sale accidents involving Old GM vehicles causing personal injury, loss of life, or property damages. New GM also acquired knowledge of Old GM's activities and the defective Airbag System/Passenger Restraint System /Control Modules via the mind of the employees, officers, managers, books and records obtained and/or acquired as a result of the June 26, 2009 Amended and Restated Master Sale and Purchase Agreement and subsequent Sale Order. Thus, the acts or omissions of Old GM are part of the foundation for the liability assumed by New GM. Further, Plaintiff has claims for a post-sale accident involving a New GM vehicle that caused personal injury or property damage and New GM is therefore expressly liable to Plaintiff for Old GM's negligence. New GM is also liable to Plaintiff for its independent, post- Sale negligence.

67.    Old GM was negligent in designing, manufacturing, and providing warnings for the Plaintiff's vehicle, as set forth in the paragraphs above (Airbag System/Passenger Restraint System Defects). Old GM acted unreasonably in manufacturing and selling vehicles with design, manufacturing, and informational defects and concealing such defects from Plaintiff, the public, and NHTSA.

68.    In addition, Old GM's failure to notify NHTSA and Old GM vehicle owners of safety-related defects as required by 49 U.S.C. §30101, et seq. and 49 C.F.R. §§573, 577 constituted negligence per se. These statutes and regulations were enacted for the protection and safety of the public.

69.     Old GM had a duty to ensure that its vehicles were reasonably safe to operate and did not contain defective components, and to produce vehicles with appropriate warning instructions. When Old GM learned that the Plaintiffs' vehicle was defective, it had a continuing duty to warn Plaintiff of the existence of the defect, including after the original sale of the vehicle.

70.     New GM was also negligent in providing warnings about Plaintiffs' vehicles and unreasonably concealing the design, manufacturing, and informational defects that New GM knew existed in Old GM vehicles. New GM had a continuing duty to monitor Old GM vehicles for safety-related defects and warn Plaintiff, the public, and NHTSA about safety- related defects in Old GM vehicles.   This duty is based on the direct and continuing  relationship between New GM and the owners of Old GM vehicles. Among other things, New GM had a statutory duty to warn owners of Old GM vehicles, including Plaintiff, of safety defects and did, in fact, warn owners of Old GM vehicles, including Plaintiff, of the safety defects (though the warning arrived years later than it should have and unreasonably minimized the risk of harm.

71.     In addition, New GM's failure to notify NHTSA and Subject Vehicle owners of safety-related defects as required by 49 U.S.C. §30101, et seq. and 49 C.F.R. §§573, 577 constituted negligence per se. These statutes and regulations were enacted for the protection and safety of the public.

72.     Thus, independent of any failures by Old GM and New GM as described herein, New GM breached its duties to Plaintiff by failing to provide appropriate notice of and repair procedures for the Airbag System/Passenger Restraint System defects in Plaintiff's vehicle. In doing so, New GM departed from the reasonable standard of care required of it.

73.     Old GM's and New GM's negligence proximately caused the injuries and damages sustained by Plaintiff, as set forth herein. New GM's negligence in manufacturing and selling a

vehicle containing design and manufacturing defects and Old GM's and New GM's negligence in failing to adequately warn Plaintiffs about known defects in their vehicles and in violating the statutes and regulations that required Old GM and New GM to recall Plaintiffs' vehicles for safety-related defects proximately caused Plaintiffs' inability to avoid the crash made the basis of this lawsuit that left them severely injured or killed.

74.    New GM is liable for compensatory damages based on Old GM's conduct and based on New GM's own independent conduct. New GM is further liable for fair and reasonable damages for pain and suffering, medical expenses, and/or damages as may be determined by the Court or the jury, as well as costs, expenses, and reasonable attorneys' fees.

**DAMAGES**

75.    The Named Plaintiff prays for damages against the Defendant in a sum of money in excess of the jurisdictional amount of Seventy-Five Thousand Dollars ($75,000.00) plus costs and any such other relief to be deemed just and equitable to which they are entitled.

**Damages – Wrongful Death**

76.    As a direct and proximate result of New GM's wrongful conduct, Plaintiff Debbie Champagne has been (and continues to be) damaged in the form of the wrongful death of her son, Dustin Champagne, and seeks to recover the following damages: (a) past and future mental anguish as a result of the death of her son; (b) past and future loss of companionship and society as a result of the death of her son; (c) past and future pecuniary loss as a result of the death of her son; (d) loss of inheritance as a result of the death of her son. All of the damages sustained by Plaintiffs were reasonably foreseeable by New GM, and exceed the minimum jurisdictional limits of this Court. All conditions precedent to Plaintiffs' claims for relief have been performed and/or occurred.

**Damages – Survival Claims**

77.    As a direct and proximate result of New GM's wrongful conduct, Decedent has been damaged in the form of: (a) physical pain and mental anguish sustained by Decedent as a result of the incident in question and prior to his death; (b) medical expenses for the reasonable and necessary services provided for Decedent as a result of the incident in question; and (c) reasonable and necessary funeral and burial expenses for the funeral and burial of Decedent.

78.    All of the damages sustained by Plaintiffs were reasonably foreseeable by New GM, and exceed the minimum jurisdictional limits of this Court.  All conditions precedent to Plaintiffs' claims for relief have been performed and/or occurred.

**PRE-JUDGMENT INTEREST AND POST-JUDGMENT INTEREST**

79.    Lastly, Plaintiffs are entitled to pre-judgment and post-judgment interest (to be determined).

**JURY DEMAND**

80.    The Named Plaintiff requests a trial by jury.

**PRAYER**

81.    For the foregoing reasons, the Named Plaintiff prays that the Defendant be cited to appear and answer herein, and that upon final hearing of the cause, judgment be entered for the Plaintiff against Defendant for actual damages, as alleged, together with pre-judgment interested (from the date of injury through the date of judgment) at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which Named Plaintiff may be entitled at law or in equity.

Dated: July 3, 2018

RESPECTFULLY SUBMITTED,

/s/ *Mitchell A. Toups*
Mitchell A. Toups (TX Bar # 20151600)
WELLER, GREEN, TOUPS & TERRELL, LLP
2615 Calder Ave., Suite 400
Beaumont, TX 77702
Telephone: (409) 838-0101
Facsimile: (409) 832-8577
Email:  matoups@wgttlaw.com

James R. Dugan, II
THE DUGAN LAW FIRM, APLC
365 Canal Street, Suite 1000
New Orleans, Louisiana 70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181

Gregory K. Evans (TX Bar  No. 24002065)
Law Offices of Gregory K. Evans, PLLC
3900 Essex, Suite 690
Houston, TX  77027
(713) 840-1299
Facsimile:  (281) 254-7886
Email:  greg@gevanslaw.com

**Attorneys for Plaintiffs**